Exhibit A, Part 2 to

Pham Declaration

San Miguel Homes for the Elderly Bi-Weekly Time Sheet

Employee Name: Maria A. Drown a
Pay period beginning: July 13
Pay period ending: July 19, 2014

| Date | Time In | Time Out | Time In | Time Out | Time In | Time Out | Regular Hours | Overtime Hours |
|---|---|---|---|---|---|---|---|---|
| 07/13/14 | 7:00 AM | 10:00 AM | 12:00 PM | 1:00 PM | 4:00 PM | 9:00 PM | 8 | |
| 7/14/14 | 6:30 AM | 9:30 AM | 11:50 AM | 1:50 PM | 5:30 PM | 6:30 PM | 8 | |
| 7/15/14 | 3:00 AM | 9:30 AM | 11:30 AM | 1:30 PM | 5:30 PM | 6:30 PM | 8 | |
| 7/16/14 | 7:00 AM | 10:30 AM | 12:00 PM | 2:00 PM | 4:30 PM | 7:30 PM | 8 | |
| 7/17/14 | 6:30 PM | 9:30 PM | 11:30 PM | 1:30 PM | 5:30 PM | 6:30 PM | 8 | |

Week 1 Total Hrs: 40

Week 2

Week 2 Total Hrs:

Grand total:

Employee Signature: Maria Drown       Date: 3/13/14
Manager Signature: _____    Date: 7/2/14

---

San Miguel Homes for the Elderly Bi-Weekly Time Sheet

Employee Name: Isacela Z. Guivara
Pay period beginning: 03-08-15
Pay period ending: 03-15-15

| Date | Time In | Time Out | Time In | Time Out | Time In | Time Out | Regular Hours | Overtime Hours |
|---|---|---|---|---|---|---|---|---|

Week 1 Total Hrs:

Week 2

| Date | Time In | Time Out | Time In | Time Out | Time In | Time Out | Regular Hours | Overtime Hours |
|---|---|---|---|---|---|---|---|---|
| 3-8-15 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | | |
| 3-9-15 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | | |
| 3-10-15 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | | |
| 3-11-15 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | | |
| 3-12-15 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | | |
| 3-14-15 | OFF | | OFF | | OFF | | | |
| 3-15-15 | OFF | | OFF | | OFF | | | |

Week 2 Total Hrs: 40 hrs

Grand total: 40 hrs

Employee Signature: _____    Date: 3/12/15
Manager Signature: _____    Date: 3/6/15

original—subi for copying

San Miguel Homes for the Elderly Bi-Weekly Time Sheet

Employee Name: Marcela A. Damico
Pay period beginning: July 19
Pay period ending: Aug 2, 2014

| Date | Time In | Time Out | Time In | Time Out | Time In | Time Out | Regular Hours | Overtime Hours |
|---|---|---|---|---|---|---|---|---|
| Week 1 | | | | | | | | |
| 7/20/14 | 7:40 AM | 10:00 AM | 12:10 AM | 2:10 PM | 4:00 PM | 7:00 PM | 8 | |
| 7/21/14 | 6:30 AM | 9:00 AM | 11:30 AM | 2:30 PM | 3:30 PM | 6:30 PM | 8 | |
| 7/22/14 | 6:30 AM | 9:30 AM | 11:30 AM | 1:30 PM | 3:30 PM | 6:30 PM | 8 | |
| 7/23/14 | 3:00 PM | 10:00 AM | 10:30 PM | 2:30 PM | 4:30 PM | 11:00 PM | 8 | |
| 7/24/14 | 6:30 AM | 9:30 AM | 11:30 AM | 1:30 PM | 3:30 PM | 6:30 PM | 8 | |
| 7/26/14 | 7:30 AM | 10:30 AM | 12:30 PM | 2:30 PM | 4:30 PM | 7:30 PM | 8 | 8 |
| | | | | | | Week 1 Total Hrs: | 40 | 8 |

(I worked for del (sick))

| Date | Time In | Time Out | Time In | Time Out | Time In | Time Out | Regular Hours | Overtime Hours |
|---|---|---|---|---|---|---|---|---|
| Week 2 | | | | | | | | |
| 7/27/14 | 7:30 AM | 10:30 AM | 12:30 PM | 2:30 PM | 4:30 PM | 7:30 PM | 8 | |
| 7/28/14 | 6:30 AM | 9:30 AM | 11:30 AM | 1:30 PM | 3:30 PM | 6:30 PM | 8 | |
| 7/29/14 | 6:30 AM | 9:30 AM | 12:00 PM | 1:30 PM | 4:30 PM | 7:30 PM | 8 | |
| 7/30/14 | 6:30 AM | 9:30 PM | 11:30 AM | 1:30 PM | 3:30 PM | 6:30 PM | 8 | |
| 7/31/14 | 6:30 AM | 10:00 AM | 12:30 PM | 2:30 PM | 4:30 PM | 7:30 PM | 8 | |
| | | | | | | Week 2 Total Hrs: | 40 | |
| | | | | | | Grand total: | 80 | 8 |

Employee Signature _____ Date 8/5/14
Manager Signature _____ Date

---

San Miguel Homes for the Elderly Bi-Weekly Time Sheet

Employee Name: Marcela A. Damico
Pay period beginning: Aug 02, 2014
Pay period ending: Aug 15, 2014

| Date | Time In | Time Out | Time In | Time Out | Time In | Time Out | Regular Hours | Overtime Hours |
|---|---|---|---|---|---|---|---|---|
| Week 1 | | | | | | | | |
| 8/3/14 | | | | | | | 8 | |
| 8/5/14 | 6:30 AM | 9:30 AM | 11:30 AM | 2:00 PM | 4:00 PM | 7:30 PM | 8 | |
| 8/5/14 | 7:30 AM | 10:30 AM | 12:30 PM | 2:30 PM | 3:30 PM | 6:30 PM | 8 | |
| 8/6/14 | 6:30 AM | 10:30 AM | 11:30 AM | 1:30 PM | 4:30 PM | 7:30 PM | 8 | |
| 8/7/14 | 7:00 AM | 10:00 AM | 12:00 PM | 2:00 PM | 3:30 PM | 6:30 PM | 8 | |
| | | | | | | Week 1 Total Hrs: | 40 | |

| Date | Time In | Time Out | Time In | Time Out | Time In | Time Out | Regular Hours | Overtime Hours |
|---|---|---|---|---|---|---|---|---|
| Week 2 | | | | | | | | |
| 8-10-14 | 7:30 AM | 10:00 AM | 12:00 PM | 2:00 PM | 4:00 PM | 7:00 PM | 8 | |
| 8-11-14 | 6:30 AM | 9:30 AM | 11:30 AM | 1:30 PM | 3:30 PM | 6:30 PM | 8 | |
| 8-12-14 | 7:30 AM | 10:30 AM | 12:00 PM | 2:00 PM | 4:00 PM | 7:00 PM | 8 | |
| 8-13-14 | 6:30 AM | 9:30 AM | 12:00 PM | 2:00 PM | 4:00 PM | 6:30 PM | 8 | |
| 8-14-14 | 7:00 PM | 10:00 AM | 12:00 PM | 2:30 PM | 3:30 PM | 6:30 PM | 8 | |
| | | | | | | Week 2 Total Hrs: | 40 | |
| | | | | | | Grand total: | 80 | |

Employee Signature _____ Date 8/17/14
Manager Signature _____ Date

San Miguel Homes for the Elderly Assisted Living Time Sheet

Employee Name: Maria A. Dacumos
Pay period beginning: Aug 10, 2014
Pay period ending: Aug 30, 2014

| Date | Time In | Time Out | Time In | Time Out | Time In | Time Out | Time In | Time Out | Regular Hours | Overtime Hours |
|---|---|---|---|---|---|---|---|---|---|---|
| **Week 1** | | | | | | | | | | |
| 8-17-14 | 6:72 AM | 9:22 AM | 11:30 AM | 11:30 AM | | 9:30 PM | 5:74 PM | 6:72 PM | 8 | |
| 8-18-14 | 3:00 PM | 100p AM | 12:30 AM | 1:30 PM | | 3:30 PM | 4:74 PM | 7:30 PM | 9 | |
| 8-19-14 | 6:72 AM | 9:74 AM | 11:74 AM | 1:74 AM | | 9:74 PM | 9:74 PM | 6:74 PM | 8 | |
| 8-20-14 | 7:30 AM | 10:09 AM | 12:74 AM | 2:30 AM | | 4:30 PM | 7:30 PM | 8 | |
| 8-21-14 | 7:30 AM | 9:30 AM | 11:30 AM | 1:30 PM | | 3:30 PM | 6:30 PM | 8 | |
| | | | | | | | | Week 1 Total Hrs: | 40 | |
| **Week 2** | | | | | | | | | | |
| 8-24-14 | 7:00 PM | 9:00 PM | 12:00 AM | 2:30 PM | | 4:00 PM | 9:00 PM | 8 | |
| 8-25-14 | 7:30 PM | 9:30 PM | 12:30 AM | 1:30 PM | | 3:30 PM | 6:30 PM | 8 | |
| 8-26-14 | 7:09 AM | 9:30 AM | 12:74 PM | 1:30 PM | | 4:30 PM | 6:30 PM | 8 | |
| 8-29-14 | 7:30 AM | 9:74 AM | 11:65 PM | 1:30 PM | | 4:30 PM | 6:30 PM | 8 | |
| 8-30-14 | 7:00 AM | 10:00 AM | 12:00 PM | 2:00 PM | | 4:74 PM | 7:00 PM | 8 | |
| | | | | | | | | Week 2 Total Hrs: | 40 | |
| | | | | | | | | Grand total: | 80 | |

Employee Signature: _M. Dacumos_  Date 9/3/14
Manager Signature: _____  Date

---

San Miguel Homes for the Elderly Assisted Living Time Sheet

Employee Name: Maria A. Dacumos
Pay period beginning: Aug 31, 2014
Pay period ending: Sept 14, 2014

| Date | Time In | Time Out | Time In | Time Out | Time In | Time Out | Time In | Time Out | Regular Hours | Overtime Hours |
|---|---|---|---|---|---|---|---|---|---|---|
| **Week 1** | | | | | | | | | | |
| 8-31-14 | 7:30 AM | 10:00 AM | 4:00 PM | 2:30 PM | 4:30 PM | 7:30 PM | | | 8 | |
| 9-01-14 | 7:30 AM | 9:30 AM | 11:30 AM | 1:30 PM | 3:30 PM | 6:30 PM | | | 8 | |
| 9-02-14 | 7:30 AM | 10:00 AM | 11:30 AM | 2:30 PM | 8:00 PM | 7:30 PM | | | 9 | |
| 9-03-14 | 6:30 AM | 9:30 AM | 11:30 AM | 1:30 PM (break) | 3:70 PM | 6:30 PM | | | 8 | |
| 9-04-14 | 6:30 AM | 9:74 AM | 1:15 AM (break) | 11:30 AM | 3:74 PM | 6:30 PM | | | 8 | 3 hrs 2 ___ |
| | | | | | | | | Week 1 Total Hrs: | 40 | 3 hrs |
| **Week 2** | | | | | | | | | | |
| 9-7-14 | 7:30 AM | 10:30 AM | 12:00 PM | 2:00 PM | 4:00 PM | 7:30 PM | | | 8 | |
| 9-8-14 | 6:30 AM | 9:30 AM | 11:30 AM | 1:30 PM | 3:30 PM | 6:30 PM | | | 9 | |
| 9-9-14 | 6:30 AM | 9:30 AM | 12:30 PM | 2:30 PM | 5:30 PM | 7:30 PM | | | 8 | |
| 9-10-14 | 7:00 AM | 10:00 AM | 12:00 PM | 2:00 PM | 4:00 PM | 7:30 PM | | | 8 | |
| 9-11-14 | 7:30 AM | 9:30 AM | 11:30 AM | 1:30 PM | 5:30 PM | 6:30 PM | | | 8 | |
| | | | | | | | | Week 2 Total Hrs: | 40 hrs | 3 hrs 45 min |
| | | | | | | | | Grand total: | 80 | 3 hrs 15 min |

Employee Signature: _M. Dacumos_  Date 9/11/14
Manager Signature: _____  Date 9/2/14



## San Miguel Homes for the Elderly Bi-Weekly Time Sheet

Employee Name: Victoria Deran T. Centeno
Pay period beginning: Dec. 01, 2014
Pay period ending: Dec. 14, 2014

**Week 1**

| Date | Time In | Time Out | Time In | Time Out | Time In | Time Out | Regular Hours | Overtime Hours |
|---|---|---|---|---|---|---|---|---|
| 12-01-14 | 7:35 AM | 9:35 AM | 10:55 AM | 12:55 PM | 3:00 PM | 6:36 PM | 8 | |
| 12-03-14 | 8:00 AM | 10:00 AM | 10:00 AM | 12:00 PM | 4:00 PM | 7:00 PM | 8 | |
| 12-05-14 | 4:00 PM | 9:00 PM | 11:00 AM | 11:00 PM | 3:00 PM | 4:00 PM | 8 | |
| 12-06-14 | 6:30 PM | 11:30 PM | 11:00 PM | 12:00 AM | 3:00 PM | 4:00 PM | 8 | |
| 12-13-14 | 9:00 AM | 10:00 AM | 11:00 AM | 11:00 PM | 3:00 PM | 4:15 PM | 8 | |

Week 1 Total Hrs: 40

**Week 2**

| Date | Time In | Time Out | Time In | Time Out | Time In | Time Out | Regular Hours | Overtime Hours |
|---|---|---|---|---|---|---|---|---|
| 12-14-14 | 7:00 AM | 9:00 AM | 11:00 AM | 1:00 PM | 4:00 PM | 6:00 PM | 8 | |
| 12-15-14 | 7:00 AM | 10:00 AM | 11:00 AM | 1:00 PM | 3:00 PM | 6:00 PM | 8 | |
| 12-17-14 | 6:45 PM | 9:45 PM | 11:00 PM | 1:00 PM | 3:00 PM | 6:00 PM | 8 | |
| 12-18-14 | 7:00 AM | 10:00 AM | 11:00 AM | 1:00 PM | 3:00 PM | 6:00 PM | 8 | |
| 12-19-14 | 7:00 AM | 10:00 AM | 11:00 AM | 1:00 PM | 3:00 PM | 4:00 PM | 8 | |

Week 2 Total Hrs: 40

Grand total: 80

Employee Signature _____ Date 12.15.14
Manager Signature _____ Date

Sharon Kira 14
manual - sale for copying

---

## San Miguel Homes for the Elderly Bi-Weekly Time Sheet

Employee Name: IMELDA QUEDDING
Pay period beginning: _____
Pay period ending: _____

**Week 1**

| Date | Time In | Time Out | Time In | Time Out | Time In | Time Out | Regular Hours | Overtime Hours |
|---|---|---|---|---|---|---|---|---|
| 05/26/14 | 6:45 | 9:45 | 11:30 | 1:30 | 3:30 | 6:30 | 8 | |
| 05/27/14 | 7:00 | 10:00 | 1:15 | 1:15 | 3:35 | 6:35 | 8 | |
| 05/28/14 | 7:15 | 10:15 | 1:10 | 1:10 | 3:00 | 6:00 | 8 | |
| 05/29/14 | | | 11:00 | 1:00 | 4:30 | 7:30 | 8 | |
| 06/01/14 | 6:30 | 9:30 | 11:27 | 1:27 | 3:27 | 6:27 | 8 | |

Week 1 Total Hrs: 40

**Week 2**

| Date | Time In | Time Out | Time In | Time Out | Time In | Time Out | Regular Hours | Overtime Hours |
|---|---|---|---|---|---|---|---|---|
| 06/01/14 | 6:35 | 9:35 | 10:00 | 12:00 | 2:00 | 5:00 PM | 8 | |
| 06/02/14 | 6:50 | 9:50 | 11:50 | 1:50 | 4:00 | 7:00 | 8 | |
| 06/05/14 | 7:50 | 10:50 | 11:15 | 1:15 | 3:35 | 6:35 | 8 | |
| 06/06/14 | 6:45 | 9:45 | 11:30 | 1:30 | 4:15 | 7:15 | 8 | |
| 06/07/14 | 7:00 | 10:00 | 11:15 | 1:15 | 3:35 | 6:35 | 8 | |

Week 2 Total Hrs: 40

Grand total: 80

Employee Signature _____ Date 6/9/14
Manager Signature _____ Date

Pham Decl., Ex. A p. 58

D-8-r



# San Miguel Homes for the Elderly Bi-Weekly Time Sheet

Employee Name: TERESITA DIMZON
Pay period beginning: 11/9/14
Pay period ending: 11/1/14

### Week 1

| Date | Time In | Time Out | Time In | Time Out | Time In | Time Out | Regular Hours | Overtime Hours |
|---|---|---|---|---|---|---|---|---|
| 11/13/14 | 7:30 | 11:02 | 1:00 | 2:00 | 4:00 | 7:0 | 8 | |
| 11/14/14 | 6:30 | 10:30 | 12:00 | 1:0 | 3:00 | 6:0 | 8 | |
| 11/15/14 | 6:30 | 10:00 | 11:00 | 12:00 | 3:0 | 6:0 | 8 | |
| 11/16/14 | 6:00 | 10:00 | 12:00 | 1:0 | 3:30 | 6:30 | 8 | |
| 11/16/14 | 6:00 | 10:0 | 11:00 | 12:00 | 4:30 | 7:30 | 8 | |

Week 1 Total Hrs: 40

### Week 2

| Date | Time In | Time Out | Time In | Time Out | Time In | Time Out | Regular Hours | Overtime Hours |
|---|---|---|---|---|---|---|---|---|
| 11/9/14 | 6:00 | 10:30 | 12:00 | 1:0 | 3:30 | 6:30 | 8 | |

Week 2 Total Hrs: 8

Grand total: 48

Employee Signature _____  Date 11/21/2014
Manager Signature _____  Date 11/22/14

manual - sale for capting

## Timesheet (top)

Employee Name: Christine Teresa Cuong

Pay period beginning: ____
Pay period ending: ____

**Week 1**

| Date | Time In | Time Out | Time In | Time Out | Time In | Time Out | Regular Hours | Overtime Hours |
|------|---------|----------|---------|----------|---------|----------|---------------|----------------|
| 05/01/14 | 9:00 AM | 12:30 PM | 12:30 PM | 2:30 PM | 3:45 PM | 6:45 PM | 8 | |
| 05/02/14 | 9:00 AM | 12:00 PM | 1:00 PM | 5:00 PM | 5:30 PM | 9:00 PM | 8 | |
| 05/03/14 | 10:00 AM | 10:40 AM | 11:50 AM | 1:10 PM | 3:00 PM | 6:00 PM | 9 | |
| | | | | | | | | |
| | | | | | | Week 1 Total Hrs | 34 | |

**Week 2**

| Date | Time In | Time Out | Time In | Time Out | Time In | Time Out | Regular Hours | Overtime Hours |
|------|---------|----------|---------|----------|---------|----------|---------------|----------------|
| 05/06/14 | 9:00 AM | 11:30 AM | 11:30 AM | 2:30 PM | 4:00 PM | 7:30 PM | 6 | |
| 05/07/14 | 9:30 AM | 11:45 AM | 12:45 PM | 2:30 PM | 4:30 PM | 8:30 PM | 8 | |
| 05/08/14 | 10:00 AM | 11:00 AM | 11:45 AM | 4:45 PM | 6:00 PM | 6:55 PM | 8 | |
| | | (broken) | | | | | | |
| 05/10/14 | 1:15 PM | 10:45 AM | 11:45 PM | 2:45 PM | | | 4 | 2 |
| | | | | | | Week 2 Total Hrs | 40 | 2 |
| | | | | | | Grand totals | 64 | 2 |

Employee Signature: _____ Date 9/30/14
Manager Signature: _____ Date _____

## Timesheet (bottom)

Employee Name: Christine Teresa Cuong

Pay period beginning: ____
Pay period ending: ____

**Week 1**

| Date | Time In | Time Out | Time In | Time Out | Time In | Time Out | Regular Hours | Overtime Hours |
|------|---------|----------|---------|----------|---------|----------|---------------|----------------|
| 05/01/14 | 9:55 AM | 10:45 AM | 11:55 AM | 2:35 PM | 4:45 PM | 7:45 PM | 8 | |
| 05/02/14 | 9:45 AM | 12:00 PM | 1:00 PM | 4:35 PM | 4:55 PM | 9:15 PM | 8 | |
| 05/03/14 | 9:45 AM | 12:25 PM | 1:05 PM | 3:00 PM | | | 9 | |
| | | | | | | Week 1 Total Hrs | 24 | |

**Week 2**

| Date | Time In | Time Out | Time In | Time Out | Time In | Time Out | Regular Hours | Overtime Hours |
|------|---------|----------|---------|----------|---------|----------|---------------|----------------|
| 05/06/14 | 9:55 AM | 12:00 PM | 12:00 PM | 2:55 PM | 3:45 PM | 7:45 PM | 8 | |
| 05/07/14 | 9:55 AM | 12:00 PM | 1:00 PM | 4:00 PM | 4:55 PM | 9:15 PM | 8 | |
| 05/08/14 | 9:45 AM | 10:45 AM | 11:45 AM | 2:45 PM | 4:55 PM | 9:15 PM | 8 | |
| 05/10/14 | 9:00 AM | 11:00 AM | 11:45 AM | | | | 8 | |
| | | | | | | Week 2 Total Hrs | 40 | |
| | | | | | | Grand totals | 64 | |

Employee Signature: _____ Date 12/14/14
Manager Signature: _____ Date _____



Employee Name: Christine Bryan Guinn

Pay period beginning: _____

Pay period ending: _____

**Week 1**

| Date | Time In | Time Out | Time In | Time Out | Time In | Time Out | Regular Hours | Overtime Hours |
|------|---------|----------|---------|----------|---------|----------|---------------|----------------|
| 09/09/14 | 7:15 A.M. | 10:15 A.M. | 10:30 A.M. | 1:00 P.M. | 4:00 P.M. | 7:30 P.M. | 5 | |
| 09/11/14 | 7:00 A.M. | 10:00 A.M. | 11:30 A.M. | 3:00 P.M. | 4:10 P.M. | 8:30 P.M. | 8 | |
| 09/01/14 | 6:30 A.M. | 9:30 P.M. | 10:45 A.M. | 4:15 P.M. | 5:00 P.M. | 6:00 P.M. | 4 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Week 1 Total Hrs: 24

**Week 2**

| Date | Time In | Time Out | Time In | Time Out | Time In | Time Out | Regular Hours | Overtime Hours |
|------|---------|----------|---------|----------|---------|----------|---------------|----------------|
| 09/09/14 | 6:15 A.M. | 10:15 A.M. | 1:00 P.M. | 3:45 P.M. | 4:30 P.M. | 7:30 P.M. | 8 | |
| 09/11/14 | 7:00 P.M. | 10:00 A.M. | 10:30 P.M. | 3:00 P.M. | 3:45 P.M. | 8:45 P.M. | 8 | |
| 09/01/14 | 7:30 A.M. | 9:00 A.M. | 10:30 A.M. | 12:00 P.M. | 2:45 P.M. | 9:15 P.M. | 8 | |
| 09/09/14 | 6:35 A.M. | 9:35 A.M. | 10:30 P.M. | 1:30 P.M. | 3:00 P.M. | 4:10 P.M. | 8 | |
| 09/12/14 | 6:30 A.M. | 10:30 A.M. | 12:30 P.M. | 3:00 P.M. | 9:45 P.M. | 3:45 P.M. | 8 | |

Week 2 Total Hrs: 40

Grand total: 64

Employee Signature _____ Date 9/12/14

Manager Signature _____ Date _____

San Miguel Homes for the Elderly Bi-Weekly Time Sheet

Employee Name: Christine Birca Gulae
Pay period beginning: _____
Pay period ending: _____

**Week 1**

| Date | Time In | Time Out | Time In | Time Out | Time In | Time Out | Regular Hours | Overtime Hours |
|---|---|---|---|---|---|---|---|---|
| 09/18/14 | 5:30 A.M | 10:20 P.M | 11:45 A.M | 11:45 P.M | 4:10 P.M | 3:00 P.M | 6 | |
| 09/20/14 | 6:15 A.M | 4:45 P.M | 1:00 P.M | 1:00 P.M | 4:15 P.M | 3:15 P.M | 5 | |
| 09/21/14 | 5:30 A.M | 1:30 P.M | 9:30 P.M | 1:30 P.M | 1:00 P.M | 9:00 P.M | 5 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | Week 1 Total Hrs: | | | | |

**Week 2**

| Date | Time In | Time Out | Time In | Time Out | Time In | Time Out | Regular Hours | Overtime Hours |
|---|---|---|---|---|---|---|---|---|
| 09/28/14 | 9:00 A.M | 8:00 A.M | 8:00 A.M | 1:55 P.M | 8:15 P.M | 7:15 P.M | 5 | |
| 09/29/14 | 6:50 A.M | 10:55 A.M | 9:45 A.M | 3:20 P.M | 3:20 P.M | 3:20 P.M | 8 | |
| 09/30/14 | 9:00 A.M | 10:55 A.M | 11:30 A.M | 1:30 P.M | 3:30 P.M | 3:30 P.M | 8 | |
| 10/01/14 | 6:30 A.M | 9:30 A.M | 11:30 P.M | 1:30 P.M | 8:15 P.M | 6:15 P.M | 8 | |
| 10/02/14 | 6:45 P.M | 10:45 P.M | 11:40 P.M | 11:40 P.M | 3:30 P.M | 6:30 P.M | 8 | |
| 10/03/14 | 3:15 A.M | 10:15 A.M | 11:45 A.M | 11:45 A.M | 4:30 P.M | 3:30 P.M | 8 | |
| | | | | Week 2 Total Hrs: | | | 40 | 8 |
| | | | | Grand total: | | | 64 | 8 |



Employee Signature _____ Date 5/5/14
Manager Signature _____ Date

---

San Miguel Homes for the Elderly Bi-Weekly Time Sheet

Employee Name: Christine Birca Gulae
Pay period beginning: _____
Pay period ending: _____

**Week 1**

| Date | Time In | Time Out | Time In | Time Out | Time In | Time Out | Regular Hours | Overtime Hours |
|---|---|---|---|---|---|---|---|---|
| 09/17/14 | 3:30 A.M | 11:30 A.M | 10:30 A.M | 11:30 P.M | 9:40 P.M | 11:30 P.M | 8 | 5h |
| 09/20/14 | 9:10 A.M | 4:10 P.M | F.F.N./2:15 | 6:00 P.M | 2:00 P.M | 3:30 P.M | 5 | |
| 09/21/14 | 6:45 A.M | 9:45 A.M | 10:55 A.M | 9:30 P.M | 1:00 P.M | 6:00 P.M | 5 | |
| | | | | Week 1 Total Hrs: | | | 24 | 5h |

**Week 2**

| Date | Time In | Time Out | Time In | Time Out | Time In | Time Out | Regular Hours | Overtime Hours |
|---|---|---|---|---|---|---|---|---|
| 09/28/14 | 9:30 P.M | 10:20 A.M | 11:00 A.M | 1:00 P.M | 8:15 P.M | 9:15 P.M | 8 | |
| 09/29/14 | 6:10 P.M | 10:10 A.M | 11:15 P.M | 3:15 P.M | 11:00 P.M | 6:20 P.M | 8 | |
| 09/30/14 | 6:15 A.M | 9:45 P.M | 11:30 A.M | 3:30 P.M | 2:30 P.M | 6:30 P.M | 8 | |
| 10/01/14 | 6:30 A.M | 9:30 P.M | 11:00 A.M | 6:00 P.M | 9:00 P.M | 6:00 P.M | 8 | |
| 10/03/14 | 3:15 P.M | 10:15 A.M | 1:30 P.M | 1:30 P.M | 4:30 P.M | 3:30 P.M | 8 | |
| | | | | Week 2 Total Hrs: | | | 40 | 5h |
| | | | | Grand total: | | | 64 | 5h |

Employee Signature _____ Date 3/7/14
Manager Signature _____ Date

San Miguel Homes for the Elderly Bi-Weekly Time Sheet

Employee Name: Christine Perez Guirao
Pay period beginning: May 21
Pay period ending: July 4

**Week 1**

| Date | Time In | Time Out | Time In | Time Out | Time In | Time Out | Regular Hours | Overtime Hours |
|------|---------|----------|---------|----------|---------|----------|---------------|----------------|
| 06/21/14 | 6:00 P.M. | 7:30 A.M. | 11:45 A.M. | 1:30 P.M. | 1:30 P.M. | 6:00 P.M. | 8 | |
| 06/25/14 | 7:15 A.M. | 6:45 A.M. | 4:10 P.M. | 7:15 P.M. | 4:10 P.M. | 7:15 P.M. | 8 | |
| 06/26/14 | 6:30 A.M. | 7:30 P.M. | 1:20 P.M. | 1:30 P.M. | 3:30 P.M. | 6:30 P.M. | 8 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | Week 1 Total Hrs: | | | 24 | |

**Week 2**

| Date | Time In | Time Out | Time In | Time Out | Time In | Time Out | Regular Hours | Overtime Hours |
|------|---------|----------|---------|----------|---------|----------|---------------|----------------|
| 07/30/14 | 7:15 A.M. | 10:15 A.M. | 11:45 A.M. | 1:15 P.M. | 4:00 P.M. | 3:30 P.M. | 8 | |
| 06/26/14 | 3:30 A.M. | 10:30 A.M. | 12:00 P.M. | 2:00 P.M. | 3:30 P.M. | 6:30 P.M. | 8 | |
| 07/02/14 | 6:45 A.M. | 1:15 P.M. | 11:30 P.M. | 2:30 P.M. | 6:30 A.M. | 7:30 P.M. | 8 | |
| 07/03/14 | 4:30 P.M. | 9:15 P.M. | 11:30 P.M. | 1:45 P.M. | 7:30 P.M. | 6:30 P.M. | 8 | |
| 07/04/14 | 6:00 A.M. | 12:20 P.M. | 11:45 A.M. | 1:45 P.M. | 4:45 P.M. | 6:30 P.M. | 8 | |
| | | | | Week 2 Total Hrs: | | | 40 | |
| | | | | Grand total: | | | 64 | |

Employee Signature _____ Date 7/7/14
Manager Signature _____ Date

---

San Miguel Homes for the Elderly Bi-Weekly Time Sheet

Employee Name: Christine Perez Guirao
Pay period beginning:
Pay period ending:

**Week 1**

| Date | Time In | Time Out | Time In | Time Out | Time In | Time Out | Regular Hours | Overtime Hours |
|------|---------|----------|---------|----------|---------|----------|---------------|----------------|
| 09/04/14 | 6:50 P.M. | 6:50 P.M. | 11:30 A.M. | 1:10 P.M. | 4:00 P.M. | 9:00 P.M. | 8 | |
| 09/05/14 | 6:15 A.M. | 10:15 A.M. | 11:30 A.M. | 1:50 P.M. | 3:30 P.M. | 6:55 P.M. | 8 | |
| 09/06/14 | 6:30 A.M. | 6:45 A.M. | 11:20 A.M. | 1:20 P.M. | 3:15 P.M. | 6:05 P.M. | 8 | |
| | | | | | | | | |
| | | | | Week 1 Total Hrs: | | | 24 | |

**Week 2**

| Date | Time In | Time Out | Time In | Time Out | Time In | Time Out | Regular Hours | Overtime Hours |
|------|---------|----------|---------|----------|---------|----------|---------------|----------------|
| 09/08/14 | 7:15 P.M. | 1:05 P.M. | 11:45 P.M. | 7:45 P.M. | 8:30 P.M. | 7:00 P.M. | 8 | |
| 09/10/14 | 3:30 P.M. | 10:10 P.M. | 11:30 P.M. | 1:30 P.M. | 3:50 P.M. | 6:55 P.M. | 8 | |
| 09/14/14 | 6:30 A.M. | 9:30 P.M. | 11:30 P.M. | 1:20 P.M. | 3:50 A.M. | 6:10 P.M. | 8 | |
| 09/15/14 | 6:35 P.M. | 9:15 P.M. | 11:45 P.M. | 1:45 P.M. | 4:15 P.M. | 7:05 P.M. | 8 | |
| 09/16/14 | 6:30 A.M. | 7:50 P.M. | 10:30 A.M. | 1:20 P.M. | | | 8 | |
| | | | | Week 2 Total Hrs: | | | 40 | |
| | | | | Grand total: | | | 64 | |

Employee Signature _____ Date 9/21/14
Manager Signature _____ Date

Pham Decl., Ex. A p. 63

San Miguel Homes for the Elderly Bi-Weekly Time Sheet

Employee Name:
Pay period beginning:
Pay period ending:

| Date | Time In | Time Out | Time In | Time Out | Time In | Time Out | Regular Hours | Overtime Hours |
|---|---|---|---|---|---|---|---|---|
| Week 1 | | | | | | | | |
| | | | | | | | 8 | |
| | | | | | | | 8 | |
| | | | | | | | 8 | |
| | | | | | | | | |
| | | | | | Week 1 Total Hrs: | | 24 | |

| Week 2 | | | | | | | | |
| | | | | | | | 8 | |
| | | | | | | | | |
| | | | | | Week 2 Total Hrs: | | 32 | |
| | | | | | Grand total: | | 40 | |

Employee Signature _____ Date 6/28/14
Manager Signature _____ Date 6/28/14

San Miguel Homes for the Elderly Bi-Weekly Time Sheet

Employee Name: Christine Brown Iquino
Pay period beginning: May 24, 2014
Pay period ending: June 6, 2014

| Date | Time In | Time Out | Time In | Time Out | Time In | Time Out | Regular Hours | Overtime Hours |
|---|---|---|---|---|---|---|---|---|
| Week 1 | | | | | | | | |
| 05/24/14 | | | | | | | 8 | |
| 05/25/14 | | | | | | | 8 | |
| 06/06/14 | | | | | | | 8 | |
| | | | | | Week 1 Total Hrs: | | 24 | |

| Week 2 | | | | | | | | |
| | | | | | Week 2 Total Hrs: | | | |
| | | | | | Grand total: | | 24 | |

Employee Signature _____ Date
Manager Signature _____ Date

Pham Decl., Ex. A p. 64

D-8-u

Employee Name: Christine Perez Guia

Pay period beginning:

Pay period ending:

**Week 1**

| Date | Time In | Time Out | Time In | Time Out | Time In | Time Out | Regular Hours | Overtime Hours |
|------|---------|----------|---------|----------|---------|----------|---------------|----------------|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Week 1 Total Hrs:

**Week 2**

| Date | Time In | Time Out | Time In | Time Out | Time In | Time Out | Regular Hours | Overtime Hours |
|------|---------|----------|---------|----------|---------|----------|---------------|----------------|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Week 2 Total Hrs:

Grand total: 32

Employee Signature _____ Date 4/13/14

Manager Signature _____ Date

---

San Miguel Homes for the Elderly Bi-Weekly Time Sheet

Employee Name: Christine Perez Guia

Pay period beginning:

Pay period ending:

**Week 1**

| Date | Time In | Time Out | Time In | Time Out | Time In | Time Out | Regular Hours | Overtime Hours |
|------|---------|----------|---------|----------|---------|----------|---------------|----------------|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Week 1 Total Hrs:

**Week 2**

| Date | Time In | Time Out | Time In | Time Out | Time In | Time Out | Regular Hours | Overtime Hours |
|------|---------|----------|---------|----------|---------|----------|---------------|----------------|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Week 2 Total Hrs: 40

Grand total: 72

Employee Signature _____ Date 5/25/14

Manager Signature _____

# San Miguel Homes for the Elderly Bi-Weekly Time Sheet

Employee Name: Roslyn Carreon
Pay period beginning: 2-16-15
Pay period ending: 2-7-15

## Week 1

| Date | Time In | Time Out | Time In | Time Out | Time In | Time Out | Regular Hours | Overtime Hours |
|---|---|---|---|---|---|---|---|---|
| 2/16/15 | 6:45 | 9:45 | 12:00 | 1:00 | 3:10 | 7:00 | 8 | |
| 2/16/15 | 6:30 | 9:30 | 11:30 | 1:30 | 4:00 | 7:00 | 8 | |
| 2/17/15 | 7:00 | 10:00 | 12:30 | 1:30 | 3:30 | 7:30 | 8 | |
| 2/18/15 | 6:15 | 9:15 | 11:45 | 1:45 | 3:30 | 6:30 | 8 | |

Week 1 Total Hrs:

## Week 2

| Date | Time In | Time Out | Time In | Time Out | Time In | Time Out | Regular Hours | Overtime Hours |
|---|---|---|---|---|---|---|---|---|
| 2/22/15 | 6:30 | 9:30 | 11:30 | 1:30 | 4:00 | 7:00 | 8 | |
| 2/23/15 | 6:45 | 10:00 | 12:00 | 1:00 | 3:00 | 7:00 | 8 | |
| 2/24/15 | 7:00 | 9:30 | 11:30 | 1:30 | 3:30 | 7:30 | 8 | |
| 2/26/15 | 6:15 | 9:15 | 11:30 | 1:30 | 4:30 | 7:00 | 8 | |
| 2/27/15 | 6:45 | 9:45 | 11:45 | 1:00 | 3:40 | 7:00 | 8 | |

Week 2 Total Hrs:

Grand total: 88h

Left off per home
2/27/15

Employee Signature _____ 2-27-15
Manager Signature _____ 3/2/15

original sole for expiring

---

# San Miguel Homes for the Elderly Bi-Weekly Time Sheet

Employee Name: Christian Perez Guira
Pay period beginning: 04/25/14
Pay period ending:

## Week 1

| Date | Time In | Time Out | Time In | Time Out | Time In | Time Out | Regular Hours | Overtime Hours |
|---|---|---|---|---|---|---|---|---|
| 04/25/14 | 7:20 A.M. | 10:30 A.M. | 11:45 A.M. | 1:45 P.M. | 3:30 P.M. | 6:30 P.M. | | |
| 04/25/14 | 7:10 A.M. | 10:10 A.M. | 11:00 A.M. | 1:00 P.M. | 3:00 P.M. | 6:00 P.M. | 3 | |
| 04/25/14 | 7:30 A.M. | 10:50 A.M. | 11:35 A.M. | 1:35 P.M. | 3:00 P.M. | 6:00 P.M. | | |
| 04/25/14 | 6:55 A.M. | 10:45 A.M. | 11:30 P.M. | 1:35 P.M. | 3:50 P.M. | 6:00 P.M. | | |

Week 1 Total Hrs: 3

## Week 2

| Date | Time In | Time Out | Time In | Time Out | Time In | Time Out | Regular Hours | Overtime Hours |
|---|---|---|---|---|---|---|---|---|
| 05/02/14 | 7:15 A.M. | 10:15 A.M. | 11:45 A.M. | 1:45 P.M. | 3:30 P.M. | 6:30 P.M. | | |
| 05/02/14 | 7:10 A.M. | 10:10 A.M. | 11:50 A.M. | 1:50 P.M. | 3:00 P.M. | 6:00 P.M. | | |
| 05/03/14 | 6:55 A.M. | 10:50 A.M. | 11:30 A.M. | 1:30 P.M. | 3:05 P.M. | 6:00 P.M. | | |
| 05/05/14 | 6:45 A.M. | 9:55 A.M. | 11:45 A.M. | 1:45 P.M. | 3:45 P.M. | 6:45 P.M. | | |

Week 2 Total Hrs:

Grand total:

Employee Signature _____ Date _____
Manager Signature _____ Date _____

D-8-V

San Miguel Homes for the Elderly Bi-Weekly Time Sheet:

Employee Name: Roslyn Carreon
Pay period beginning: 1-31-15
Pay period ending: 2-13-15

| Date | Time In | Time Out | Time In | Time Out | Time In | Time Out | Regular Hours | Overtime Hours |
|------|---------|----------|---------|----------|---------|----------|---------------|----------------|
| **Week 1** | | | | | | | | |
| 1-31-15 | off | | | | | | — | — |
| 2-1-15 | 7:30 am | 12:00 pm | 11:30 am | 5:00 pm | 7:00 pm | 4:00 hr | 8 | |
| 2-2-15 | 7:30 am | 12:00 pm | 11:00 am | 5:00 pm | 2:00 pm | 4:00 hr | 8 | |
| 2-3-15 | 7:30 am | 12:00 pm | 11:30 am | 5:00 pm | 2:00 pm | 4:00 hr | 8 | |
| 2-4-15 | 7:30 am | 12:00 pm | 11:30 am | 5:00 pm | 2:00 pm | 4:00 hr | 8 | |
| 2-5-15 | 7:30 am | 12:00 pm | 11:30 am | 5:00 pm | 2:00 pm | 4:00 hr | 8 | |
| | | | | | Week 1 Total Hrs: | | 40 hrs | |
| **Week 2** | | | | | | | | |
| 2-6-15 | 7:30 am | 12:00 pm | 11:00 am | 5:00 pm | 2:00 pm | 4:00 hr | 8 | |
| 2-7-15 | 7:30 am | 12:00 pm | 11:00 am | 5:00 pm | 2:00 pm | 4:00 hr | 8 | |
| 2-10-15 | 7:30 am | 12:00 pm | 11:00 am | 5:00 pm | 2:00 pm | 4:00 hr | 8 | |
| 2-11-15 | 7:30 am | 12:00 pm | 11:00 am | 5:00 pm | 2:00 pm | 4:00 hr | 8 | |
| | | | | | Week 2 Total Hrs: | | 40 hrs | |
| | | | | | Grand total: | | 80 hrs | |

Employee Signature: Roslyn Carreon   Date: 2-16-15
Manager Signature: _____   Date: 2-16-15

*manual- sole for copying*

San Miguel Homes for the Elderly Bi-Weekly Time Sheet:

Employee Name: Roslyn B. Carreon
Pay period beginning: 1-17-15
Pay period ending: 1-30-15

| Date | Time In | Time Out | Time In | Time Out | Time In | Time Out | Regular Hours | Overtime Hours |
|------|---------|----------|---------|----------|---------|----------|---------------|----------------|
| **Week 1** | | | | | | | | |
| 1-18-15 | 7:30 am | 10:30 pm | 11:30 pm | 12:00 am | 7:00 pm | 6:00 hr | 8 | |
| 1-19-15 | 7:30 am | 10:00 pm | 11:00 pm | 12:00 am | 2:00 pm | 6:00 hr | 8 | |
| 1-20-15 | 7:30 am | 10:00 pm | 11:00 pm | 10:30 pm | 7:00 pm | 6:00 hr | 8 | |
| 1-21-15 | 7:30 am | 10:00 pm | 11:00 pm | 11:00 pm | 2:00 pm | 6:00 hr | 8 | |
| 1-22-15 | 7:30 am | 10:00 pm | 11:00 pm | 11:00 pm | 2:00 pm | 6:00 hr | 8 | |
| | | | | | Week 1 Total Hrs: | | 40 | |
| **Week 2** | | | | | | | | |
| 1-25-15 | 7:30 am | 10:00 pm | 11:00 pm | 11:00 pm | 7:00 pm | 6:00 hr | 5 | |
| 1-26-15 | 7:30 am | 10:00 pm | 11:00 pm | 11:00 pm | 2:00 pm | 6:00 hr | 5 | |
| 1-27-15 | 7:30 am | 10:00 pm | 11:00 pm | 11:00 pm | 2:00 pm | 6:00 hr | 5 | |
| 1-28-15 | 7:30 am | 10:00 pm | 11:00 pm | 11:00 pm | 2:00 pm | 6:00 hr | 5 | |
| 1-23-15 | 7:30 am | 10:00 pm | 11:00 pm | 11:00 pm | 2:00 pm | 6:00 hr | 5 | |
| | | | | | Week 2 Total Hrs: | | 20 | |
| | | | | | Grand total: | | 80 | |

Employee Signature: _____   Date: 2-1-15
Manager Signature: _____   Date:

*manual- sole for copying*

San Miguel Homes for the Elderly Bi-Weekly Time Sheet

Employee Name: Roslyn Carreon
Pay period beginning: 1-2-15
Pay period ending: 1-16-15

**Week 1**

| Date | Time In | Time Out | Time In | Time Out | Time In | Time Out | Regular Hours | Overtime Hours |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | Week 1 Total Hrs: |

**Week 2**

| Date | Time In | Time Out | Time In | Time Out | Time In | Time Out | Regular Hours | Overtime Hours |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | Week 2 Total Hrs: |
| | | | | | | | | Grand total: |

Employee Signature _____ Date _____

Manager Signature _____ Date _____

niained - sole for copying

---

San Miguel Homes for the Elderly Bi-Weekly Time Sheet

Employee Name: Roslyn Carreon
Pay period beginning: 1-2-15
Pay period ending: 1-30-15

**Week 1**

| Date | Time In | Time Out | Time In | Time Out | Time In | Time Out | Regular Hours | Overtime Hours |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | Week 1 Total Hrs: |

**Week 2**

| Date | Time In | Time Out | Time In | Time Out | Time In | Time Out | Regular Hours | Overtime Hours |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | Week 2 Total Hrs: |
| | | | | | | | | Grand total: |

Employee Signature _____ Date _____

Manager Signature _____ Date _____

niained - sole for copying

San Miguel Homes for the Elderly Bi-Weekly Time Sheet

Employee Name: Roslyn Carreon
Pay period beginning: 12 - 21 - 14
Pay period ending: 01 - 03 - 15

Week 1

| Date | Time In | Time Out | Time In | Time Out | Time In | Time Out | Time In | Time Out | Regular Hours | Overtime Hours |
|------|---------|----------|---------|----------|---------|----------|---------|----------|---------------|----------------|
| 12-21-14 | | | | | | | | | 8 | |
| 12-22-14 | | | | | | | | | 8 | |
| 12-23-14 | | | | | | | | | 8 | |
| 12-24-14 | | | | | | | | | 8 | |
| 12-25-14 | | | | | | | | | 8 | |
| | | | | | | | Week 1 Total Hrs: | | 40 | |

Week 2

| Date | Time In | Time Out | Time In | Time Out | Time In | Time Out | Time In | Time Out | Regular Hours | Overtime Hours |
|------|---------|----------|---------|----------|---------|----------|---------|----------|---------------|----------------|
| 12-28-14 | | | | | | | | | 8 | |
| 12-29-14 | | | | | | | | | 8 | |
| 12-30-14 | | | | | | | | | 8 | |
| 12-31-14 | | | | | | | | | 8 | |
| 01-01-15 | | | | | | | | | 8 | |
| | | | | | | | Week 2 Total Hrs: | | 40 | |
| | | | | | | | Grand total: | | 80 | |

Employee Signature    Date 1/5/15
Member Signature    Date

manual scale for copying

# San Miguel Homes for the Elderly Bi-Weekly Time Sheet

Employee Name: Roslyn Carveen
Pay period beginning: 11 - 8 - 14
Pay period ending: 11 - 21 - 14

### Week 1

| Date | Time In | Time Out | Time In | Time Out | Time In | Time Out | Regular Hours | Overtime Hours |
|---|---|---|---|---|---|---|---|---|
| 11-9-14 | 7:10 am | 10:01 am | 11:10 am | 1:10 pm | 2:10 pm | 6:09 pm | 8 | |
| 11-10-14 | 7:00 am | 10:00 am | 11:30 am | 1:00 pm | 2:30 pm | 6:00 pm | 8 | |
| 11-11-14 | 7:01 am | 10:10 am | 11:01 am | 1:00 pm | 2:10 pm | 6:09 pm | 8 | 8:00 pm |
| 11-12-14 | 7:30 am | 2:30 pm | (lunch 12:30) | | | - | - | |
| -14- | 4:30 pm | 10:00 pm | (lunch) | | 1:00 pm | 6:00 pm | - | 4:15 pm |
| 11-13-14 | 11:00 am | 10:00 pm | | | 7:00 pm | 6:00 pm | 8 | 2:10 & 4:09 pm |
| | | | | | Week 1 Total Hrs: | | 40 | |

### Week 2

| Date | Time In | Time Out | Time In | Time Out | Time In | Time Out | Regular Hours | Overtime Hours |
|---|---|---|---|---|---|---|---|---|
| 11-16-14 | 7:10 am | 10:00 am | 11:00 am | 1:00 pm | 2:10 pm | 6:00 pm | 8 | |
| 11-17-14 | 7:00 am | 10:00 am | 11:30 am | 1:00 pm | 2:30 pm | 6:00 pm | 8 | |
| 11-18-14 | 7:00 am | 10:00 am | 11:00 am | 1:00 pm | 2:30 pm | 6:00 pm | 8 | |
| 11-19-14 | 7:10 am | 10:00 am | 11:30 am | 1:00 pm | 2:30 pm | 6:00 pm | 8 | |
| 11-20-14 | 7:10 am | 10:01 am | 11:00 am | 1:00 pm | 2:10 pm | 6:00 pm | 8 | |
| | | | | | Week 2 Total Hrs: | | 40 | |
| | | | | | Grand total: | | 80 | 12:45 |

Employee Signature _____
Manager Signature _____   Date _____

*Manual - sole for capping*

---

# San Miguel Homes for the Elderly Bi-Weekly Time Sheet

Employee Name: Roslyn Carveen
Pay period beginning: Nov. 22 - 2014
Pay period ending: Dec. 05 - 14

### Week 1

| Date | Time In | Time Out | Time In | Time Out | Time In | Time Out | Regular Hours | Overtime Hours |
|---|---|---|---|---|---|---|---|---|
| 11-22-14 | 7:10 am | 10:01 am | 11:00 am | 1:01 pm | 2:10 pm | 6:00 pm | 8 | |
| 11-24-14 | 7:00 am | 10:00 am | 11:00 am | 1:00 pm | 2:10 pm | 6:09 pm | 8 | |
| 11-25-14 | 7:10 am | 10:00 am | 11:00 am | 1:00 pm | 2:00 pm | 6:00 pm | 8 | |
| 11-26-14 | 7:10 am | 10:00 am | 11:10 am | 1:00 pm | 2:00 pm | 6:00 pm | 8 | |
| 11-27-14 | 7:10 am | 10:00 am | 11:10 am | 1:00 pm | 2:10 pm | 6:00 pm | 8 | |
| | | | | | Week 1 Total Hrs: | | 40 | |

### Week 2

| Date | Time In | Time Out | Time In | Time Out | Time In | Time Out | Regular Hours | Overtime Hours |
|---|---|---|---|---|---|---|---|---|
| 11-30-14 | 4:30 - 2:30 am/Rd | 11:00 am | lunch at Person | | 2:00 pm | 6:00 pm | 8 | 1:30 |
| 12-01-14 | 7:00 am | 2:00 pm | new working plans | | 1:00 pm | 6:00 pm | 8 | 1:45 |
| 12-03-14 | 7:00 am | 10:00 am | 11:00 am | | 1:00 pm | 6:00 pm | 8 | 1:45 |
| 12-04-14 | 7:00 am | 10:00 am | 11:30 am | 1:00 pm | 2:10 pm | 6:00 pm | 8 | |
| 12-5-14 | 7:10 am | 10:00 am | 11:00 am | 1:00 pm | 2:30 pm | 6:00 pm | 8 | |
| 12-6-14 | 7:30 am | 11:00 am | | | | | 8 | |
| | | | | | Week 2 Total Hrs: | | 40 | 2:00 |
| | | | | | Grand total: | | 80 | 3:45 |

Employee Signature _____   Date 12/8/14
Manager Signature _____   Date _____

*Manual - sole for capping*

Pham Decl., Ex. A p. 70



Pham Decl., Ex. A p. 71

San Miguel Homes for the Elderly Bi-Weekly Time Sheet

Employee Name: Evelyn P. Cabreza
Pay period beginning: 3 - 2 - 14 to
Pay period ending:

| Date | Week 1 | Time In | Time Out | | Time In | Time Out | | Time In | Time Out | Regular Hours | Overtime Hours |
|------|--------|---------|----------|--|---------|----------|--|---------|----------|---------------|----------------|
| 3-01-14 | | 7:00 am | -off- | | 12:00 Nn | -off- | | 1:30 PM | 4:00 PM | 8 | |
| 3-02-14 | | -off- | | | -off- | | | -off- | | | |
| 3-03-14 | | -off- | | | -off- | | | -off- | | | |
| 3-04-14 | | 7:00 am | 11:00 am | | 11:00 am | 1:00 PM | | 1:30 PM | 4:00 PM | 8 | |
| 3-05-14 | | 7:00 am | 11:00 am | | 11:00 am | 1:00 PM | | 1:30 PM | 4:00 PM | 8 | |
| 3-07-14 | | 7:00 am | 11:00 am | | 11:00 am | 1:00 PM | | 1:30 PM | 4:00 PM | 8 | |
| 3-08-14 | | 7:00 am | 12:00 PM | | 12:00 PM | 1:00 PM | | 1:30 PM | 4:00 PM | 8 | |

Week 1 Total Hrs: 40 hrs

| Date | Week 2 | Time In | Time Out | | Time In | Time Out | | Time In | Time Out | Regular Hours | Overtime Hours |
|------|--------|---------|----------|--|---------|----------|--|---------|----------|---------------|----------------|
| 3-09-14 | | | | | | | | | | | |
| 3-10-14 | | | | | | | | | | | |
| 3-11-14 | | | | | | | | | | | |
| 3-12-14 | | | | | | | | | | | |
| 3-13-14 | | | | | | | | | | | |
| 3-14-14 | | | | | | | | | | | |
| 3-15-14 | | | | | | | | | | | |

Week 2 Total Hrs:

Grand total: 40

Employee Signature                     Date

Manager Signature    4/18/14
                     Date

## San Miguel Homes



# Fax Cover Sheet

**From:**

☐ P&R Residential Care for the Elderly
32262 Crest Lane, Union City, CA 94587
Tel. Nos. (510) 489-8082  Fax Nos. (510) 429-7261

☐ San Miguel Home for the Elderly
35037 Begonia St., Union City CA 94587
Tel. Nos. (510) 441-9310  Fax Nos. (510) 441-1208

☐ C&R Home for the Elderly
34819 Clover St. Union City, CA 94587
Tel. Nos. (510) 324-0627 Fax Nos. (510) 441-0635

**To:** Mary Pham

**Fax:** 1-408-282-4788   **Date:** 3/11/2015

**Phone:**   **Pages:** 6  (w/ cover sheet)

**Re:** Time Sheet   **CC:**

☐ Urgent  ☐ For Review  ☐ Please Comment  ☐ Please Reply  ☐ Please Recycle

**Comments:**
- Delia Dimarnan† - Feb. 2015
- Roslyn Carrion - Feb. 2015
- Ester Son - Feb 2015

Pham Decl., Ex. A p. 73
D-1-2

# San Miguel Homes for the Elderly Bi-Weekly Time Sheet

**Employee Name:** DELIA DIMARUCUT
**Pay period beginning:** 01/31/15
**Pay period ending:** 02/13/15

| Date | Time In | Time Out | Time In | Time Out | Time In | Time Out | Regular Hours | Overtime Hours |
|------|---------|----------|---------|----------|---------|----------|---------------|----------------|
| **Week 1** | | | | | | | | |
| 01/31/15 | 6:30 AM | 9:30 | 11:00 | 1:00 PM | 4:00 | 7:00 | 8 | |
| 02/03/15 | 4:45 AM | 9:45 | 11:40 | 1:40 PM | 3:50 | 6:50 | 8 | |
| 02/04/15 | 7:00 | 10:00 | 11:55 | 1:55 PM | 4:05 | 7:05 | 8 | |
| 02/05/15 | 12:15 AM | 5:30 AM | (M)T21 - EXPIRED) | | | | | 5:00 hrs / 15 mins |
| | 6:30 | 9:30 | 12:00 | 2:00 | 4:00 | 7:00 | 8 | |
| 02/06/15 | 6:50 | 9:50 | 11:30 | 1:30 PM | 3:40 | 6:40 | 8 | |
| | | | | | **Week 1 Total Hrs:** | | 40 | 5 hrs & 15 min |
| **Week 2** | | | | | | | | |
| 02/07/15 | 7:00 | 10:00 | 11:55 | 1:55 | 3:40 | 6:45 | 8 | |
| 02/10/15 | 6:30 | 9:30 | 12:00 | 2:00 | 4:00 | 7:00 | 8 | |
| 02/11/15 | 6:40 | 9:40 | 11:45 | 1:45 | 3:55 | 6:55 | 8 | |
| 02/12/15 | 6:30 | 9:30 | 12:00 | 2:00 PM | 4:00 | 7:00 | 8 | |
| 02/13/15 | 6:45 | 9:40 | 11:30 | 1:30 | 4:45 | 6:45 | 8 | |
| | | | | | **Week 2 Total Hrs:** | | 40 | |
| | | | | | **Grand total:** | | 80 | 5 hrs 15 min |

**Employee Signature** _____ **Date** _____

**Manager Signature** _____ **Date** _____

original - save for copying

Pham Decl., Ex. A p. 74

| Date | Time In | Time Out | Time In | Time Out | Time In | Time Out | Regular Hours | Overtime Hours |
|---|---|---|---|---|---|---|---|---|
| 2 2# 15 | 6:00 | 9:20 | 11:20 | 1:20 | 3:45 | 6:4 | 8 | |
| 2 24 15 | 6:20 | 9:20 | 12:00 | 2:00 | 4:00 | 7:00 | 8 | |
| 2 25 15 | 6:45 | 9:45 | 11:30 | 1:20 | 3:30 | 6:30 | 8 | |
| 2 26 15 | 7:00 | 10:00 | 12:00 | 2:00 | 4:00 | 7:00 | 8 | |
| | | | | | | | | |
| | | | | | | | | |

Week 2 Total Hrs:

Grand total: ~~~~~~



Employee Signature _____  Date _____

Manager Signature _____  Date 3/2/15

original- save for copying

## San Miguel Homes for the Elderly Bi-Weekly Time Sheet

Employee Name: Roslyn Carreon

Pay period beginning: 1-31-15

Pay period ending: 2-12-15

| Date | Time In | Time Out | Time In | Time Out | Time In | Time Out | Regular Hours | Overtime Hours |
|---|---|---|---|---|---|---|---|---|
| **Week 1** | | | | | | | | |
| 1-31-15 | off | | off | | off | | - | - |
| 2-1-15 | 7:00 Am | 10:00 Am | 11:00 Am | 12:00 Pm | 1:00 Pm | 6:00 Pm | 8 | |
| 2-2-15 | 7:00 Am | 10:00 Am | 11:00 Am | 1:00 Pm | 3:00 Pm | 6:00 Pm | 8 | |
| 2-3-15 | 7:00 Am | 10:00 Am | 11:00 Am | 1:00 Pm | 3:00 Pm | 6:00 Pm | 8 | |
| 2-4-15 | 7:00 Am | 10:00 Am | 11:00 Am | 1:00 Pm | 3:00 Pm | 6:00 Pm | 8 | |
| 2-5-15 | 7:00 Am | 10:00 Am | 11:00 Am | 1:00 Pm | 3:00 Pm | 6:00 Pm | 8 | |
| | | | | | | | | |

Week 1 Total Hrs: 40 hrs

Pham Decl. Ex. A p. 75

D-1-1

*1099 — will be issued.*

# San Miguel Homes for the Elderly Bi-Weekly Time Sheet

**Employee Name:** ESTER SON
**Pay period beginning:** Feb 1, 2015
**Pay period ending:** Feb 13, 2015

| Date | Time in | Time Out | Time in | Time Out | Time in | Time Out | Regular Hours | Overtime Hours |
|------|---------|----------|---------|----------|---------|----------|---------------|----------------|
| **Week 1** | | | | | | | | |
| 02/01/15 | 6:30 | 9:30 | 12:00 | 1:00 | 3:30 | 6:30 | 8 | |
| 02/02/15 | 7:00 | 10:00 | 12:30 | 2:30 | 4:00 | 7:00 | 8 | |
| 02/4/15 | 7:30 | 9:30 | 12:00 | 1:00 | 3:30 | 6:30 | 8 | |
| 02/07/15 | 6:30 | 9:30 | 12:00 | 1:00 | 3:30 | 6:30 | 8 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | **Week 1 Total Nrs:** | 32 | |
| **Week 2** | | | | | | | | |
| 02/08/15 | 6:45 | 9:45 | 11:30 | 1:30 | 4:00 | 7:00 | 8 | |
| 02/09/15 | 6:30 | 9:30 | 12:00 | 2:00 | 3:30 | 6:30 | 8 | |
| 02/10/15 | 6:30 | 9:30 | 11:45 | 1:45 | 4:15 | 7:15 | 8 | |
| 02/11/15 | 7:00 | 10:00 | 12:00 | 1:00 | 3:00 | 7:00 | 8 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | **Week 2 Total Hrs:** | 32 | |
| | | | | | | **Grand total:** | 64 | |

_____    _____
**Employee Signature**          **Date**

_____    _____
**Manager Signature**          **Date**

*original- save for copying*

Pham Decl., Ex. A p. 76