Exhibit A, Part 4 to Pham Declaration



# SAN MIGUEL HOMES FOR THE ELDERLY

☐ P&R RESIDENTIAL CARE FOR THE ELDERLY
32262 Crest Lane Union City, CA 94587
Tel #: (510) 489-8082
License No.: 015600032

☐ C&R HOME FOR THE ELDERLY
34819 Clover St., Union City, CA 94587
Tel #: (510) 324-0627
License No.: 015600507

☐ SAN MIGUEL HOME FOR THE ELDERLY
35037 Begonia St., Union City, CA 94587
Tel #: (510) 441-9310
License No.: 015600351

☐ QUALITY IN-HOME CARE
34819 Clover St., Union City, CA 94587
Tel #: (510) 324-0627

## Semi - Monthly Timesheet

NAME: Teresita C. Dimain

DATE:

PAY PERIOD BEGINNING: November 8, 2014

PAY PERIOD ENDING: November 21, 2014

| DATE | IN | OUT | IN | OUT | IN | OUT | TOTAL HOURS |
|---|---|---|---|---|---|---|---|
| 11/8/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 11/9/14 | OFF | | | OFF | | OFF | |
| 11/10/14 | OFF | | | OFF | | OFF | |
| 11/11/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 11/12/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 11/13/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 11/14/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| | | | | | | WEEK 1 HOURS: | 40 |
| 11/15/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 11/16/14 | OFF | | | OFF | | OFF | |
| 11/17/14 | OFF | | | OFF | | OFF | |
| 11/18/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 11/19/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 11/20/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 11/21/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| | | | | | | WEEK 2 HOURS: | 40 |
| | | | | | | TOTAL HOURS: | 80 |

OVERTIME HOURS:

| DATE | IN | OUT | IN | OUT | IN | OUT | TOTAL | HOURS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Overtime hours are to be approved by the Administrator's prior to authorization:

COMMENTS:

EMPLOYEE'S SIGNATURE          DATE:          ADMINISTRATOR'S SIGNATURE          DATE:

Pham Decl., Ex. A p. 95



# SAN MIGUEL HOMES FOR THE ELDERLY

☐ P&R RESIDENTIAL CARE FOR THE ELDERLY
32262 Crest Lane Union City, CA 94587
Tel #: (510) 489-8082
License No.: 015600032

☐ C&R HOME FOR THE ELDERLY
34819 Clover St., Union City, CA 94587
Tel #: (510) 324-0627
License No.: 015600507

☐ SAN MIGUEL HOME FOR THE ELDERLY
35037 Begonia St, Union City, CA 94587
Tel #: (510) 441-9310
License No.: 015600351

☐ QUALITY IN-HOME CARE
34819 Clover St., Union City, CA 94587
Tel #: (510) 324-0627

## Semi - Monthly Timesheet

**NAME:** Teresita C. Diman
**DATE:**

**PAY PERIOD BEGINNING:** Oct. 25, 2014
**PAY PERIOD ENDING:** November 7, 2014

| DATE | IN | OUT | IN | OUT | IN | OUT | TOTAL HOURS |
|---|---|---|---|---|---|---|---|
| 10/25/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 10/26/14 | OFF | | | OFF | | OFF | |
| 10/27/14 | OFF | | | OFF | | OFF | |
| 10/28/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 10/29/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 10/30/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 10/31/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| | | | | | | **WEEK 1 HOURS:** | 40 |
| 11/1/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 11/2/14 | OFF | | | OFF | | OFF | |
| 11/3/14 | OFF | | | OFF | | OFF | |
| 11/4/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 11/5/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 11/6/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 11/7/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| | | | | | | **WEEK 2 HOURS:** | 40 |
| | | | | | | **TOTAL HOURS:** | 80 |

**OVERTIME HOURS:**

| DATE | IN | OUT | IN | OUT | IN | OUT | TOTAL HOURS |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Overtime hours are to be approved by the Administrator's prior to authorization:

**COMMENTS:**

**EMPLOYEE'S SIGNATURE:** TC Diman
**DATE:**
**ADMINISTRATOR'S SIGNATURE:**
**DATE:** 11/12/14



# SAN MIGUEL HOMES FOR THE ELDERLY

☐ P&R RESIDENTIAL CARE FOR THE ELDERLY
32262 Crest Lane Union City, CA 94587
Tel #: (510) 489-8082
License No.: 015600032

☐ C&R HOME FOR THE ELDERLY
34819 Clover St., Union City, CA 94587
Tel #: (510) 324-0627
License No.: 015600507

☐ SAN MIGUEL HOME FOR THE ELDERLY
35037 Begonia St., Union City, CA 94587
Tel #: (510) 441-9310
License No.: 015600351

☐ QUALITY IN-HOME CARE
34819 Clover St., Union City, CA 94587
Tel #: (510) 324-0627

## Semi - Monthly Timesheet

NAME: Teresita C. Dimain
DATE:

PAY PERIOD BEGINNING: Oct. 11, 2014
PAY PERIOD ENDING: October 24, 2014

| DATE | IN | OUT | IN | OUT | IN | OUT | TOTAL HOURS |
|---|---|---|---|---|---|---|---|
| 10/11/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 10/12/14 | OFF | | | OFF | | OFF | |
| 10/13/14 | OFF | | | OFF | | OFF | |
| 10/14/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 10/15/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 10/16/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 10/17/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |

WEEK 1 HOURS: 40

| DATE | IN | OUT | IN | OUT | IN | OUT | TOTAL HOURS |
|---|---|---|---|---|---|---|---|
| 10/18/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 10/19/14 | OFF | | | OFF | | OFF | |
| 10/20/14 | OFF | | | OFF | | OFF | |
| 10/21/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 10/22/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 10/23/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 10/24/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |

WEEK 2 HOURS: 40
TOTAL HOURS: 80

OVERTIME HOURS:

| DATE | IN | OUT | IN | OUT | IN | OUT | TOTAL | HOURS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Overtime hours are to be approved by the Administrator's prior to authorization:

COMMENTS: _____

EMPLOYEE'S SIGNATURE: TC Dimain
DATE:
ADMINISTRATOR'S SIGNATURE: [signature]
DATE: 10/28/14

Pham Decl., Ex. A p. 97

D-8-K



# SAN MIGUEL HOMES FOR THE ELDERLY

☐ P&R RESIDENTIAL CARE FOR THE ELDERLY
32262 Crest Lane Union City, CA 94587
Tel #: (510) 489-8082
License No.: 015600032

☐ C&R HOME FOR THE ELDERLY
34819 Clover St., Union City, CA 94587
Tel #: (510) 324-0627
License No.: 015600507

☐ SAN MIGUEL HOME FOR THE ELDERLY
35037 Begonia St., Union City, CA 94587
Tel #: (510) 441-9310
License No.: 015600351

☐ QUALITY IN-HOME CARE
34819 Clover St., Union City, CA 94587
Tel #: (510) 324-0627

## Semi - Monthly Timesheet

NAME: Teresita Demain
DATE:

PAY PERIOD BEGINNING: Sept. 27, 2014
PAY PERIOD ENDING: October 10, 2014

| DATE | IN | OUT | IN | OUT | IN | OUT | TOTAL HOURS |
|---|---|---|---|---|---|---|---|
| 9/27/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 9/28/14 | OFF | OFF | | | OFF | | |
| 9/29/14 | OFF | OFF | | | OFF | | |
| 9/30/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 10/01/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 10/2/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 10/3/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |

WEEK 1 HOURS:

| DATE | IN | OUT | IN | OUT | IN | OUT | TOTAL HOURS |
|---|---|---|---|---|---|---|---|
| 10/4/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 10/5/14 | OFF | | OFF | | OFF | | |
| 10/6/14 | OFF | | OFF | | OFF | | |
| 10/7/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 10/8/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 10/9/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 10/10/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |

WEEK 2 HOURS:
TOTAL HOURS:

OVERTIME HOURS:

| DATE | IN | OUT | IN | OUT | IN | OUT | TOTAL HOURS |
|---|---|---|---|---|---|---|---|
| 9/27/14 | 3:01 PM | 4 PM | | | | | 1 Hour |

Overtime hours are to be approved by the Administrator's prior to authorization:

COMMENTS: _____

EMPLOYEE'S SIGNATURE: TC Demain
DATE:
ADMINISTRATOR'S SIGNATURE:
DATE: 10/14/14

Pham Decl., Ex. A p. 98



# SAN MIGUEL HOMES FOR THE ELDERLY

- ☐ P&R RESIDENTIAL CARE FOR THE ELDERLY
  32262 Crest Lane Union City, CA 94587
  Tel #: (510) 489-8082
  License No.: 015600032
- ☐ C&R HOME FOR THE ELDERLY
  34819 Clover St., Union City, CA 94587
  Tel #: (510) 324-0627
  License No.: 015600507

- ☐ SAN MIGUEL HOME FOR THE ELDERLY
  35037 Begonia St., Union City, CA 94587
  Tel #: (510) 441-9310
  License No.: 015600351
- ☐ QUALITY IN-HOME CARE
  34819 Clover St., Union City, CA 94587
  Tel #: (510) 324-0627

## Semi - Monthly Timesheet

NAME: Teresita Siman

DATE:

PAY PERIOD BEGINNING: Sept. 13, 2014

PAY PERIOD ENDING: Sept. 26, 2014

| DATE | IN | OUT | IN | OUT | IN | OUT | TOTAL HOURS |
|---|---|---|---|---|---|---|---|
| 9/13/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 9/14/14 | OFF | | OFF | | OFF | | |
| 9/15/14 | OFF | | OFF | | OFF | | |
| 9/16/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 9/17/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 9/18/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 9/19/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |

WEEK 1 HOURS:

| DATE | IN | OUT | IN | OUT | IN | OUT | TOTAL HOURS |
|---|---|---|---|---|---|---|---|
| 9/20/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 9/21/14 | OFF | | OFF | | OFF | | |
| 9/22/14 | OFF | | OFF | | OFF | | |
| 9/23/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 9/24/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 9/25/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 9/26/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |

WEEK 2 HOURS:

TOTAL HOURS:

**OVERTIME HOURS:**

| DATE | IN | OUT | IN | OUT | IN | OUT | TOTAL HOURS |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Overtime hours are to be approved by the Administrator's prior to authorization:

COMMENTS: _____

EMPLOYEE'S SIGNATURE: T. Siman
DATE: 9/26/14
ADMINISTRATOR'S SIGNATURE:
DATE:



# SAN MIGUEL HOMES FOR THE ELDERLY

☐ P&R RESIDENTIAL CARE FOR THE ELDERLY  
32262 Crest Lane Union City, CA 94587  
Tel #: (510) 489-8082  
License No.: 015600032  
☐ C&R HOME FOR THE ELDERLY  
34819 Clover St., Union City, CA 94587  
Tel #: (510) 324-0627  
License No.: 015600507

☐ SAN MIGUEL HOME FOR THE ELDERLY  
35037 Begonia St., Union City, CA 94587  
Tel #: (510) 441-9310  
License No.: 015600351  
☐ QUALITY IN-HOME CARE  
34819 Clover St., Union City, CA 94587  
Tel #: (510) 324-0627

## Semi - Monthly Timesheet

NAME: Teresita Diman  
DATE:  
PAY PERIOD BEGINNING: 8/30/14  
PAY PERIOD ENDING: 9/12/14

| DATE | IN | OUT | IN | OUT | IN | OUT | TOTAL HOURS |
|---|---|---|---|---|---|---|---|
| 8/30/14 | OFF | | | | | | |
| 8/31/14 | OFF | | | | | | |
| 9/01/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 9/2/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 9/3/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 9/4/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 9/5/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| | | | | | | WEEK 1 HOURS: | 40 |
| 9/6/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 9/7/14 | OFF | | | | | | |
| 9/8/14 | OFF | | | | | | |
| 9/9/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 9/10/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 9/11/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 9/12/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| | | | | | | WEEK 2 HOURS: | 40 |
| | | | | | | TOTAL HOURS: | 80 |

OVERTIME HOURS:

| DATE | IN | OUT | IN | OUT | IN | OUT | TOTAL HOURS |
|---|---|---|---|---|---|---|---|
| 9/4/14 | 11:55PM | 1:55AM | | | | | Paid |
| | | | | | | | |

Overtime hours are to be approved by the Administrator's prior to authorization:

COMMENTS: _____

EMPLOYEE'S SIGNATURE | DATE: | ADMINISTRATOR'S SIGNATURE | DATE:

Pham Decl., Ex. A p. 100



# SAN MIGUEL HOMES FOR THE ELDERLY

☐ P&R RESIDENTIAL CARE FOR THE ELDERLY
32262 Crest Lane Union City, CA 94587
Tel #: (510) 489-8082
License No.: 015600032

☐ C&R HOME FOR THE ELDERLY
34819 Clover St., Union City, CA 94587
Tel #: (510) 324-0627
License No.: 015600507

☐ SAN MIGUEL HOME FOR THE ELDERLY
35037 Begonia St., Union City, CA 94587
Tel #: (510) 441-9310
License No.: 015600351

☐ QUALITY IN-HOME CARE
34819 Clover St., Union City, CA 94587
Tel #: (510) 324-0627

## Semi - Monthly Timesheet

NAME: Teresita Diman
DATE:
PAY PERIOD BEGINNING: 8/16/14
PAY PERIOD ENDING: Aug. 29 2014

| DATE | IN | OUT | IN | OUT | IN | OUT | TOTAL HOURS |
|---|---|---|---|---|---|---|---|
| 8/16/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 8/17/14 | OFF | | | | | | |
| 8/18/14 | OFF | | | | | | |
| 8/19/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 8/20/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 8/21/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 8/22/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |

WEEK 1 HOURS:

| DATE | IN | OUT | IN | OUT | IN | OUT | TOTAL HOURS |
|---|---|---|---|---|---|---|---|
| 8/23/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 8/24/14 | OFF | | | | | | |
| 8/25/14 | OFF | | | | | | |
| 8/26/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 8/27/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 8/28/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 8/29/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |

WEEK 2 HOURS:
TOTAL HOURS: 80

OVERTIME HOURS:

| DATE | IN | OUT | IN | OUT | IN | OUT | TOTAL HOURS |
|---|---|---|---|---|---|---|---|
| 08/22/14 | 9:30 | 10:30 | | | | | |

Overtime hours are to be approved by the Administrator's prior to authorization:

COMMENTS: _____

EMPLOYEE'S SIGNATURE: T. Diman
DATE:
ADMINISTRATOR'S SIGNATURE:
DATE:

Pham Decl., Ex. A p. 101



# SAN MIGUEL HOMES FOR THE ELDERLY

- ☐ P&R RESIDENTIAL CARE FOR THE ELDERLY
  32262 Crest Lane Union City, CA 94587
  Tel #: (510) 489-8082
  License No.: 015600032
- ☐ C&R HOME FOR THE ELDERLY
  34819 Clover St., Union City, CA 94587
  Tel #: (510) 324-0627
  License No.: 015600507

- ☐ SAN MIGUEL HOME FOR THE ELDERLY
  35037 Begonia St., Union City, CA 94587
  Tel #: (510) 441-9310
  License No.: 015600351
- ☐ QUALITY IN-HOME CARE
  34819 Clover St., Union City, CA 94587
  Tel #: (510) 324-0627

## Semi - Monthly Timesheet

NAME: Teresita Durain

DATE:

PAY PERIOD BEGINNING: 8/02/14

PAY PERIOD ENDING:

| DATE | IN | OUT | IN | OUT | IN | OUT | TOTAL HOURS |
|---|---|---|---|---|---|---|---|
| 8/2/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 8/3/14 | OFF | | | | | | |
| 8/4/14 | OFF | | | | | | |
| 8/5/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 8/6/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 8/7/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 8/8/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |

WEEK 1 HOURS: 40

| DATE | IN | OUT | IN | OUT | IN | OUT | TOTAL HOURS |
|---|---|---|---|---|---|---|---|
| 8/9/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 8/10/14 | OFF | | | | | | |
| 8/11/14 | OFF | | | | | | |
| 8/12/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 8/13/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 8/14/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 8/15/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |

WEEK 2 HOURS: 40

TOTAL HOURS: 80

### OVERTIME HOURS:

| DATE | IN | OUT | IN | OUT | IN | OUT | TOTAL HOURS |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Overtime hours are to be approved by the Administrator's prior to authorization:

COMMENTS: _____

EMPLOYEE'S SIGNATURE: 

DATE:

ADMINISTRATOR'S SIGNATURE: [signed]

DATE: 8/15/14

Pham Decl., Ex. A p. 102

# San Miguel Homes for the Elderly Bi-Weekly Time Sheet

Employee Name: TERESITA DIMAIN
Pay period beginning: 7-19-14
Pay period ending: 8-01-14

| Date | Time In | Time Out | Time In | Time Out | Time In | Time Out | Regular Hours | Overtime Hours |
|---|---|---|---|---|---|---|---|---|
| **Week 1** | | | | | | | | |
| 7/19/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 | |
| 7/20/14 | OFF | OFF | | | | | | |
| 7/21/14 | OFF | OFF | | | | | | |
| 7/22/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 | |
| 7/23/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 | |
| 7/24/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 | |
| 7/25/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 | |
| | | | | | | Week 1 Total Hrs: | 40 | — |
| **Week 2** | | | | | | | | |
| 7/26/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 | |
| 7/27/14 | OFF | OFF | | | | | | |
| 7/28/14 | OFF | OFF | | | | | | |
| 7/29/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 | |
| 7/30/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 | |
| 7/31/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 | |
| 8/1/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 | |
| | | | | | | Week 2 Total Hrs: | 40 | — |
| | | | | | | Grand total: | 80 | — |

Employee Signature: Te dimain    Date: 8-01-14
Manager Signature: [signature]   Date: 8/4/14

Pham Decl., Ex. A p. 103

# San Miguel Homes for the Elderly Bi-Weekly Time Sheet

Employee Name: Teresita Dimaun
Pay period beginning: July 5, 2014
Pay period ending: July 18, 2014

**Week 1**

| Date | Time In | Time Out | Time In | Time Out | Time In | Time Out | Regular Hours | Overtime Hours |
|---|---|---|---|---|---|---|---|---|
| 7/5/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 | |
| 7/6/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 | |
| 7/7/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 | |
| 7/8/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 | |
| 7/9/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 | |
| 7/10/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 | |
| 7/11/14 | OFF | | OFF | | | | | |

Week 1 Total Hrs: 40  8

**Week 2**

| Date | Time In | Time Out | Time In | Time Out | Time In | Time Out | Regular Hours | Overtime Hours |
|---|---|---|---|---|---|---|---|---|
| 7/12/14 | OFF | | OFF | | | | | |
| 7/13/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 | |
| 7/14/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 | |
| 7/15/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 | |
| 7/16/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 | |
| 7/17/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 | |
| 7/18/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 | |

Week 2 Total Hrs: 40  8

Grand total: 80  16

Employee Signature: TcDimain  Date: 7/17/14
Manager Signature: [signature]  Date: TANYA 7/21/14

Pham Decl., Ex. A p. 104



# SAN MIGUEL HOMES FOR THE ELDERLY

☐ P&R RESIDENTIAL CARE FOR THE ELDERLY
32262 Crest Lane Union City, CA 94587
Tel #: (510) 489-8082
License No.: 015600032

☐ C&R HOME FOR THE ELDERLY
34819 Clover St., Union City, CA 94587
Tel #: (510) 324-0627
License No.: 015600507

☐ SAN MIGUEL HOME FOR THE ELDERLY
35037 Begonia St., Union City, CA 94587
Tel #: (510) 441-9310
License No.: 015600351

☐ QUALITY IN-HOME CARE
34819 Clover St., Union City, CA 94587
Tel #: (510) 324-0627

## Semi - Monthly Timesheet

NAME: Leonqua Arcilla
DATE:
PAY PERIOD BEGINNING: Feb. 28, 2015
PAY PERIOD ENDING: March 13, 2015

| DATE | IN | OUT | IN | OUT | IN | OUT | TOTAL HOURS |
|---|---|---|---|---|---|---|---|
| 2/28/15 | OFF | | OFF | | OFF | | |
| 3/1/15 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 3/2/15 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 3/3/15 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 3/4/15 | 7:00 | 10:00 | 10:00 | 12:30 | 3:00 | 6:00 | 8 |
| 3/5/15 | 7:00 | 10:00 | 10:00 | 12:30 | 3:00 | 6:00 | 8 |
| 3/6/15 | OFF | | OFF | | OFF | | |

WEEK 1 HOURS: 40

| DATE | IN | OUT | IN | OUT | IN | OUT | TOTAL HOURS |
|---|---|---|---|---|---|---|---|
| 3/7/15 | OFF | | OFF | | OFF | | |
| 3/8/15 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 3/9/15 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 3/10/15 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 3/11/15 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 3/12/15 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 3/13/15 | OFF | | OFF | | OFF | | |

WEEK 2 HOURS: 40
TOTAL HOURS: 80

### OVERTIME HOURS:

| DATE | IN | OUT | IN | OUT | IN | OUT | TOTAL HOURS |
|---|---|---|---|---|---|---|---|
| 3-5-15 | 1:50 am | 2:10 am | | | | | 20 minutes |

Overtime hours are to be approved by the Administrator's prior to authorization:

COMMENTS: Assist ▉ administer O₂, difficulty of breathing

EMPLOYEE'S SIGNATURE: [signature]   DATE: 3/12/15
ADMINISTRATOR'S SIGNATURE: [signature]   DATE: 3/15/15

Pham Decl., Ex. A p. 105

D-8-D



# SAN MIGUEL HOMES FOR THE ELDERLY

☐ P&R RESIDENTIAL CARE FOR THE ELDERLY
32262 Crest Lane Union City, CA 94587
Tel #: (510) 489-8082
License No.: 015600032

☐ C&R HOME FOR THE ELDERLY
34819 Clover St., Union City, CA 94587
Tel #: (510) 324-0627
License No.: 015600507

☐ SAN MIGUEL HOME FOR THE ELDERLY
35037 Begonia St., Union City, CA 94587
Tel #: (510) 441-9310
License No.: 015600351

☐ QUALITY IN-HOME CARE
34819 Clover St., Union City, CA 94587
Tel #: (510) 324-0627

## Semi - Monthly Timesheet

NAME: Leongcia Arcilla
DATE:
PAY PERIOD BEGINNING: Jan 31, 2015
PAY PERIOD ENDING: Feb. 13, 2015

| DATE | IN | OUT | IN | OUT | IN | OUT | TOTAL HOURS |
|---|---|---|---|---|---|---|---|
| 1/31/15 | OFF | | | | | | |
| 2/1/15 | 7:00 | 10:00 | OFF | | | | |
| 2/2/15 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 2/3/15 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 2/4/15 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 2/5/15 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 2/6/15 | OFF | | OFF | | OFF | | 8 |

WEEK 1 HOURS: 40 hrs.

| DATE | IN | OUT | IN | OUT | IN | OUT | TOTAL HOURS |
|---|---|---|---|---|---|---|---|
| 2/7/15 | OFF | | OFF | | OFF | | |
| 2/8/15 | 7:00 | 10:10 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 2/9/15 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 2/10/15 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 2/11/15 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 2/12/15 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 2/13/14 | OFF | | OFF | | OFF | | 8 |

WEEK 2 HOURS: 40
TOTAL HOURS: 80 hrs

### OVERTIME HOURS:

| DATE | IN | OUT | IN | OUT | IN | OUT | TOTAL HOURS |
|---|---|---|---|---|---|---|---|
| 2/9/15 | 11 pm | 11:20 pm | | | | | 30 minutes |
| 2/10/15 | 1:05 am | 1:30 am | 3:00 am | 3:15 am -2/11/15 | | | 30 minutes |
| 2/12/15 | 4:00 am | 6:00 am | | | | | 2 hrs. |

Overtime hours are to be approved by the Administrator's prior to authorization:

COMMENTS:
2/9/15 - gave meds для [redacted] & changed her diaper
2/10/15 - gave med pot [redacted] (agitated) changed diaper
2/12/15 - [redacted] expires @ 4am, waited for vitas nurse, pronounced dead @ 5:45am
mortuary arrived @ 7:00 am

EMPLOYEE'S SIGNATURE: Jeanne
DATE: 12/12/15
ADMINISTRATOR'S SIGNATURE: [signature]
DATE: 2/16/15

Pham Decl., Ex. A p. 106



# SAN MIGUEL HOMES FOR THE ELDERLY

☐ P&R RESIDENTIAL CARE FOR THE ELDERLY
32262 Crest Lane Union City, CA 94587
Tel #: (510) 489-8082
License No.: 015600032

☐ C&R HOME FOR THE ELDERLY
34819 Clover St., Union City, CA 94587
Tel #: (510) 324-0627
License No.: 015600507

☐ SAN MIGUEL HOME FOR THE ELDERLY
35037 Begonia St., Union City, CA 94587
Tel #: (510) 441-9310
License No.: 015600351

☐ QUALITY IN-HOME CARE
34819 Clover St., Union City, CA 94587
Tel #: (510) 324-0627

## Semi - Monthly Timesheet

**NAME:** Leongaa Arcilla
**DATE:**
**PAY PERIOD BEGINNING:** Feb. 14, 2015
**PAY PERIOD ENDING:** Feb. 27, 2015

| DATE | IN | OUT | IN | OUT | IN | OUT | TOTAL HOURS |
|---|---|---|---|---|---|---|---|
| 2/14/15 | OFF | | OFF | | OFF | | |
| 2/15/15 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 2/16/15 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 2/17/15 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 2/18/15 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 2/19/15 | OFF | | OFF | | OFF | | |
| 2/20/15 | OFF | | OFF | | OFF | | |

**WEEK 1 HOURS:** 32

| DATE | IN | OUT | IN | OUT | IN | OUT | TOTAL HOURS |
|---|---|---|---|---|---|---|---|
| 2/21/15 | OFF | | OFF | | OFF | | |
| 2/22/15 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 2/23/15 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 2/24/15 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 2/25/15 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 2/26/15 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 2/27/15 | OFF | | OFF | | OFF | | |

**WEEK 2 HOURS:** 40
**TOTAL HOURS:** 72 hrs

**OVERTIME HOURS:**

| DATE | IN | OUT | IN | OUT | IN | OUT | TOTAL HOURS |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |

Overtime hours are to be approved by the Administrator's prior to authorization:

**COMMENTS:**

**EMPLOYEE'S SIGNATURE** [signature]  **DATE:** 2/26/15
**ADMINISTRATOR'S SIGNATURE** [signature]  **DATE:** 2/7/15



# SAN MIGUEL HOMES FOR THE ELDERLY

☐ SAN RESIDENTIAL CARE FOR THE ELDERLY
32262 Crest Lane Union City, CA 94587
Tel #: (510) 489-8082
License No.: 015600032

☐ LEE HOME FOR THE ELDERLY
34819 Clover St., Union City, CA 94587
Tel #: (510) 324-0627
License No.: 015600507

☐ SAN MIGUEL HOMES FOR THE ELDERLY
35037 Begonia St., Union City, CA 94587
Tel #: (510) 441-9319
License No.: 015600351

☐ QUALITY IN-HOME CARE
34819 Clover St., Union City, CA 94587
Tel #: (510) 324-0627

## Semi - Monthly Timesheet

NAME: Leongcia Arcilla  DATE:

PAY PERIOD BEGINNING: Jan. 17, 2015
PAY PERIOD ENDING: Jan. 30, 2015

| DATE | IN | OUT | IN | OUT | IN | OUT | TOTAL HOURS |
|---|---|---|---|---|---|---|---|
| 1/17/15 | OFF | OFF | | OFF | | OFF | |
| 1/18/15 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 1/19/15 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 1/20/15 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 1/21/15 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 1/22/15 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 1/23/15 | OFF | OFF | | OFF | | OFF | |

WEEK 1 HOURS: 40

| DATE | IN | OUT | IN | OUT | IN | OUT | TOTAL HOURS |
|---|---|---|---|---|---|---|---|
| 1/24/15 | OFF | OFF | | OFF | | OFF | |
| 1/25/15 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 1/26/15 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 1/27/15 | OFF | OFF | | OFF | | OFF | |
| 1/28/15 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 1/29/15 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 1/30/15 | OFF | OFF | | OFF | | OFF | |

WEEK 2 HOURS: 32
TOTAL HOURS: 72 hrs

### OVERTIME HOURS:

| DATE | IN | OUT | IN | OUT | IN | OUT | TOTAL | HOURS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |

Overtime hours are to be approved by the Administrator's prior to authorization:

COMMENTS: _____

EMPLOYEE'S SIGNATURE: [signature]   DATE: 1/29/15
ADMINISTRATOR'S SIGNATURE: [signature]   DATE: 2/4/15

Pham Decl., Ex. A p. 108



# SAN MIGUEL HOMES FOR THE ELDERLY

☐ P&R RESIDENTIAL CARE FOR THE ELDERLY
32262 Crest Lane Union City, CA 94587
Tel #: (510) 489-8082
License No.: 015600032

☐ C&R HOME FOR THE ELDERLY
34819 Clover St., Union City, CA 94587
Tel #: (510) 324-0627
License No.: 015600507

☐ SAN MIGUEL HOME FOR THE ELDERLY
35037 Begonia St., Union City, CA 94587
Tel #: (510) 441-9310
License No.: 015600351

☐ QUALITY IN-HOME CARE
34819 Clover St., Union City, CA 94587
Tel #: (510) 324-0627

## Semi - Monthly Timesheet

NAME: Leongcia Arcilla
DATE:

PAY PERIOD BEGINNING: Jan. 3, 2015
PAY PERIOD ENDING: Jan. 16, 2015

| DATE | IN | OUT | IN | OUT | IN | OUT | TOTAL HOURS |
|---|---|---|---|---|---|---|---|
| 1/3/15 | OFF | | OFF | | OFF | | |
| 1/4/15 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 1/5/15 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 1/6/15 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 1/7/15 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 1/8/15 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 1/9/15 | OFF | | OFF | | OFF | | |

WEEK 1 HOURS: 40

| DATE | IN | OUT | IN | OUT | IN | OUT | TOTAL HOURS |
|---|---|---|---|---|---|---|---|
| 1/10/15 | OFF | | OFF | | OFF | | |
| 1/11/15 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 1/12/15 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 1/13/15 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 1/14/15 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 1/15/15 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 1/16/15 | OFF | | OFF | | OFF | | |

WEEK 2 HOURS: 40
TOTAL HOURS: 80 hrs.

OVERTIME HOURS:

| DATE | IN | OUT | IN | OUT | IN | OUT | TOTAL HOURS |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Overtime hours are to be approved by the Administrator's prior to authorization:

COMMENTS: _____

EMPLOYEE'S SIGNATURE: /s/ Arcilla
DATE: 1/15/15
ADMINISTRATOR'S SIGNATURE: /s/
DATE: 1/16/15

Pham Decl., Ex. A p. 109

D-8-9



# SAN MIGUEL HOMES FOR THE ELDERLY

C&R RESIDENTIAL CARE FOR THE ELDERLY
32262 Crest Lane, Union City, CA 94587
Tel #: (510) 689-8082
License No.: 015600032

C&R HOME FOR THE ELDERLY
34819 Clover St., Union City, CA 94587
Tel #: (510) 324-0627
License No.: 015600507

SAN MIGUEL HOME FOR THE ELDERLY
35037 Begonia St., Union City, CA 94587
Tel #: (510) 441-9310
License No.: 015600351

QUALITY IN-HOME CARE
34819 Clover St., Union City, CA 94587
Tel #: (510) 324-0627

## Semi - Monthly Timesheet

NAME: Georgia C. Arcilla
DATE:

PAY PERIOD BEGINNING: Dec. 20, 2014
PAY PERIOD ENDING:

| DATE | IN | OUT | IN | OUT | IN | OUT | TOTAL HOURS |
|---|---|---|---|---|---|---|---|
| 12/20/14 | OFF | | OFF | | OFF | | |
| 12/21/14 | 7:00 | 10:00 | 10:30 | 12:30 | 5:00 | 6:00 | 8 |
| 12/22/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 12/23/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 12/24/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 12/25/14 | OFF | | OFF | | OFF | | |
| 12/26/14 | OFF | | OFF | | OFF | | |

WEEK 1 HOURS: 32

| DATE | IN | OUT | IN | OUT | IN | OUT | TOTAL HOURS |
|---|---|---|---|---|---|---|---|
| 12/27/14 | OFF | | OFF | | OFF | | |
| 12/28/14 | OFF | | OFF | | OFF | | |
| 12/29/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 12/30/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 12/31/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 01/01/15 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 01/02/15 | OFF | | OFF | | OFF | | |

WEEK 2 HOURS: 32 hrs
TOTAL HOURS: 64 hrs.

OVERTIME HOURS:

| DATE | IN | OUT | IN | OUT | IN | OUT | TOTAL HOURS |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |

Overtime hours are to be approved by the Administrator's prior to authorization.

COMMENTS: _____

EMPLOYEE'S SIGNATURE: [signed]  DATE: 1/1/15
ADMINISTRATOR'S SIGNATURE: [signed]  DATE: 1/5/15



# SAN MIGUEL HOMES FOR THE ELDERLY

☐ P&R RESIDENTIAL CARE FOR THE ELDERLY
32262 Crest Lane Union City, CA 94587
Tel #: (510) 489-8082
License No.: 015600032

☐ C&R HOME FOR THE ELDERLY
34819 Clover St., Union City, CA 94587
Tel #: (510) 324-0627
License No.: 015600507

☐ SAN MIGUEL HOME FOR THE ELDERLY
35037 Begonia St., Union City, CA 94587
Tel #: (510) 441-9310
License No.: 015600351

☐ QUALITY IN-HOME CARE
34819 Clover St., Union City, CA 94587
Tel #: (510) 324-0627

## Semi - Monthly Timesheet

NAME: Leonacia C. Arcilla
DATE:

PAY PERIOD BEGINNING: Dec 6, 2014
PAY PERIOD ENDING: Dec 19, 2014

| DATE | IN | OUT | IN | OUT | IN | OUT | TOTAL HOURS |
|---|---|---|---|---|---|---|---|
| 12/6/14 | OFF | | OFF | | OFF | | |
| 12/7/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 12/8/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 12/9/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 12/10/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 12/11/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 12/12/14 | OFF | | OFF | | OFF | | |

WEEK 1 HOURS: 40 hrs

| DATE | IN | OUT | IN | OUT | IN | OUT | TOTAL HOURS |
|---|---|---|---|---|---|---|---|
| 12/13/14 | OFF | | OFF | | OFF | | |
| 12/14/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 12/15/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 12/16/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 12/17/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 12/18/14 | 7:00 | 10:00 | 10:30 | 12:30 | 3:00 | 6:00 | 8 |
| 12/19/14 | OFF | | OFF | | OFF | | |

WEEK 2 HOURS: 40
TOTAL HOURS: 80 hrs

OVERTIME HOURS:

| DATE | IN | OUT | IN 12/10/14 | OUT | IN | OUT | TOTAL HOURS |
|---|---|---|---|---|---|---|---|
| 12/9/14 | 11:15 pm | 11:45 p | 1:20 am | 2:00 am | | | 70 mins. |

Overtime hours are to be approved by the Administrator's prior to authorization:

COMMENTS: —restless + in out of bed

EMPLOYEE'S SIGNATURE: [signature] DATE: 12/8/14
ADMINISTRATOR'S SIGNATURE: [signature] DATE: 12-19-14