Exhibit B to

Pham Declaration

# SAN MIGUEL'S HOMES - LLC

**☐ P & R Residential Care for the Elderly**
**Facility # 015600032**
**Tel. no: (510) 489-8082**
**Fax. No: (510) 429-7261**

**☐ San Miguel's Homes for the elderly**
**Facility # 015600351**
**Tel. no: (510) 441-9310**
**Fax. No: (510) 441-1208**

**☐ C & R Home for the Elderly**
**Facility # 0156000507**
**Tel. no: (510) 324-0627**
**Fax. No: (510) 441-0635**

# Employee Policy

# and

# Procedure Manual

# TABLE OF CONTENTS

San Miguel's Homes – LLC-----------------------------------------------------------------1

Employment Policies-----------------------------------------------------------------1A

    Work Hours/Work Schedule---------------------------------------------2

    Abuse Reporting Procedures--------------------------------------------2A/B

    Theft and Loss Policy-------------------------------------------------3

    Safety Rules----------------------------------------------------------3

    Accident or Injury at Work--------------------------------------------3A

    Inclement Weather/Emergency Closing-----------------------------------3A

Hiring Practices--------------------------------------------------------------4A/B

Schedules and Break Periods---------------------------------------------------5

Dress and Appearance----------------------------------------------------------6

Telephone and Other Devices--------------------------------------------------6A

Telephone Inquires------------------------------------------------------------7

Employee Training-------------------------------------------------------------7

Workplace Visitor-------------------------------------------------------------8

Attendance--------------------------------------------------------------------8

Employee Rights---------------------------------------------------------------8

Payroll Hours and Practices---------------------------------------------------9

Performance Management and Employee termination-----------------------------10

Acknowledgement--------------------------------------------------------------11

Attachment

# Goals, Values and Beliefs of SMHE – LLC

The facility is committed to serving resident and to provide excellent customer service.

- The facility strives to provide an employment-friendly environment in which goal oriented individuals grow and do well as they achieve more demanding challenges.
- The facility values the talents and abilities of its employees and seeks to foster an open, cooperative and dynamic environment.
- Resident/Employee relationship must meet the following:

> @ The facility employee are committed to providing quality of care to all residents.
>
> The employees are to maintain and are expected to be professional at all times not
>
> only with the residents but with their families as well as third party health care vendors.
>
> @ Employees are not to share their personal information to residents and their family
>
> members. Prior authorization from the administrator required. Failure to follow this policy may result in a corrective action up
>
> To and including termination unless authorized by the Administrator.
>
> @ Any information about the resident(s) of the family must first be communicated to the Administrator prior to communicating
>
> With their family members unless the information is life threatening or otherwise approved by the Administrator.

## Employment Policies

> o It is the policy of facility to offer equal employment and advancement opportunities to qualified individuals without
> Regard to race, color, religious, creed, sex, age, national origin or handicap mental or physical disability, veteran or family status, generic
> Information, or any other status or condition protected by applicable federal, state, or local laws, except when a valid occupational
> Qualification applies. However, applicants who wish employment at this facility must meet all job requirements and abide with
> the personnel policies.
> Racial or ethnic slurs; offensive swearing; sexually harassing ramarks, threats of

**Page 1**

Pham Decl., Ex. B, p. 3

D-12-b

violence; and other offensive comments, language actions or violent physical behavior will not be tolerated.

Misconduct, conducting occurring on the internet or through any electronic means, is subject to the same disciplinary action as conduct occurring in person or print.

The facility will not condone and will not tolerate any form of harassment by any of our residents, employees, co-workers, family members  visitors, or third party vendors.

The facility complies with all applicable federal, state and local labor laws.

**Page 1- A**                    Initials:_____

D - 12 - C

# SAN MIGUEL' HOMES - LLC

# Employment Agreement

I, _____ ( Employee) am entering an agreement with <u>San Miguel's Homes – LLC ( Employer )</u> on _____.

This agreement is effective January 1, 2012 and supersedes prior employment agreement with <u>San Miguel's Homes – LLC ( Employer )</u>. This agreement is not a contract of employment. Employment at <u>San Miguel's Homes – LLC</u> is at –will. The employee or <u>San Miguel's Homes – LLC</u> may terminate the employment relationship at any time, for any reason, with or without cause.

- **Compensation**

Employee will work for <u>San Miguel's Homes  - LLC</u> as a live-in Caregiver and will work the schedules shifts and will be paid $_____ per hour which is payable every _____ of the month.

As live-in Caregiver, meal and lodging will be credited as part of the Caregiver's salary. The Following are meal and lodging expenses:

    □ Lodging

| | |
|---|---|
| Room occupied alone | $ 37.63 per week |
| Room shared | $ 31.06 per week |
| Married couple | $ 451.89 per month, or 66 2/3 of the Fair rental value, whichever is less |

    □ Meals

| | |
|---|---|
| Breakfast | $ 2.90 per meal |
| Lunch | $3.97 per meal |
| Dinner | $5.34 per meal |

- **Hours Worked/Work Schedule**

"Actual hours worked" is compensable and is defined as Caregiver's scheduled time which include (2) 15 minutes. Lunch period is not considered actual hours worked.

**Page - 2**

Time spent on the premises without performing Caregiver duties for **SMHE – LLC** shall not be considered as hours worked. This includes off-duty periods where Caregivers remains on the premises. If Employee is off-duty but required to respond to the needs of the resident, Caregivers shall be credited with hours worked for the time where Caregiver was responding to the needs of the residents, thus should be recorded in the time sheet as hours worked.

- **Acknowledgment**

**San Miguel's Homes – LLC** has the right to modify, supersede, cancel or renew the terms of this employment agreement.

Employee may waive this agreement in writing and with agreement of both parties.

Caregiver's signature below indicates that he/she have read, review, understood and agreed to this contract as stated above.

| | |
|---|---|
| **Employee Signature** | **Date** |

| | | |
|---|---|---|
| **Administrator Name** | **Administrator's Signature** | **Date** |

Page 2/11

Pham Decl., Ex. B, p. 6

D - 12 - e

## Abuse Reporting Procedures

According to the Welfare and Institution Code, it is mandatory to report any knowledge of or suspicion of elder abuse.

Abuse means physical abuse (such as punishment, injury, sexual assault, unreasonable failure to help with personal hygiene,

or failure to provide food, clothing, medical care, or mental health needs.)

Elder abuse also included: abandonment by those responsible for care, neglet, intimidation, cruel punishment, fiduciary abuse,

or other treatment with resulting physical harm or pain or mental suffering, or the deprivation by a care custodian of goods or

services which are necessary to avoid physical harm or mental suffering.

All new staff will sign an SOC 341A (Attachment 1), who you are reporting to within the specified time (in Condition to licensing

agency and police), and the phone numbers for the local licensing office, law enforcement, ombudsman, and APS. Attached is a

blank SOC 341A (Ref. W&I Code 15630).

o   All staff will be trained to repot suspected abuse to the Community Care
    Licensing Agency, Police, Ombudsman, and County Adult
    Protective services.

Abuse repot should be done by the phone immediately, or as soon as possible to the following:

|  |  |  |
|---|---|---|
| | DSS – Community Care Licensing: | 510-286-4201 |
| Oakland | | |
| | | 650-266-8800 |
| San Bruno | | |
| | Ombudsman | 510-638-6878 |
| | County Adult Protective Services: | 510-557-3500 |
| | Police: | 510-670-5048 |

**Page 2 - A**

Pham Decl., Ex. B, p. 7

D -12-f

A written report (SOC 341) "Report of suspected Dependent Elder Abuse" shall be submitted to the licensing agency within two days of the occurence of any incident which threatens the welfare, safety or health of any resident, such as physical or psychological abuse of a resident by staff or other residents, or unexplained absence of any resident.

All employees of this facility are required to abide by this law. A statement acknowledging reporting suspected physical and/or

Other types of abuse will be kept in employee's personnel file at all times. Any employee participating in elder abuse or neglect will be immediately terminated or removed from the SMHE – LLC.

## Page 2 - B

## Theft and Loss Policy

Health and Safety Code, Section 1569.153 requires every residential care SMHE – LLC to have a theft and loss program to safeguard its

residents personal property.

☐ The facility is required to established policy and procedures to insure that the residents personal property is safeguard.

See the facility's theft and loss Policy attached.

☐ The facility will document resident's lost or stolen personal property with a value of $25.00 within 72 hours; $100.00

within 36 hours to local law enforcement.

☐ The facility will review with all employees, withinn90 days of employment an orientation to the facility's theft and lost

investigation policies and procedures.

☐ The facility, at least semiannually (2times a year),will document is efforts to control theft and loss and to interview its policy

twise a year.

☐ A copy of the Theft & Loss Policy shall be posted on a prominent place within the facility accessible to everybody.

SMHE – LLC has liability Insurance.

## Safety Rules

Safety is a priority of the SMHE – LLC . The Facility strives to provide a clean, hazard-free, and safe environment in accordance with the Occupational Safety and Health Act of 1970.

☐ The facility has an Injury/Illness Prevention Program that you may be invited to participate in order to identify and improved any work environment hazard.

☐ As an employee, you are expected to take part in maintaining this environment. You should observed all posted safety rules; adhere to all safety instructions provided by your supervisor, and use safety equipment when required. It is your responsibility to learn the location of all safety and emergency equipment, as well as the safety and/or emergency phone numbers.

**Page 3**

☐ Any problems with the Facility provided safety equipment should be reported to your immediate Administrator. If it is not safe to work for any reason, repot the problem to your Administrator immediately.

☐ All work related accidents are covered by Worker's Compensation Insurance pursuant to the California State Laws.

## Accident or Injury at Work

☐ You must immediately report any accident or injury occurring while working.

☐ An Employer's First Report of Injury or Occupational Illness form must be completed immediately so that the Administrator may take approximate action. The form must be signed by your Administrator.

☐ Timely reporting is essential as failure to report as accident or injury in a timely fashion. This may result in a fine to the SMHE – LLC and may effect the employee's ability to prove the nature of the injury.

## Inclement Weather/Emergency Closing

See the Emergency Disaster Poster.

**Page 3 - A**                    initials:_____

# Hiring Practices of the SMHE – LLC

**Screening of Employees**

≥ All applicants will be screened to ensure that they possess the appropriate skills, education and or experience for the position they are applying for.

≥ The Administrator will conduct a personal interview with the applicant to determine knowledge and experience of the applicant. Knowledge

required to necessary resident care and supervision, including the ability to communicate with residents.

≥ The Administrator may request proof of education and or training.

≥ The Administrator will conduct two reference checks prior to hiring the applicant.

≥ All direct care staff will have first aid training.

**All applicants will be informed of the conditions prior to their employment including:**

**Criminal record clearance:**

× Must have obtained a criminal record clearance prior to employment.

× Must have a DOJ notice indicating the individual has no criminal history, or an approved criminal record exemption from the Department.

× Must be required to maintain documentation of the DOJ notice or the exemption in the facility records, and make available for review by the licensing analyst.

×Transfer of criminal record exemption: Prior to allowing individuals who have a current exemption to work in a new facility, the licensee must request that the exemption be transferred by completing the Criminal Record Exemption Transfer Form (LIC 9186) and sending the form to Community Care Licensing with a copy of the Driver's License or other form of ID with pictures.

× All employees and volunteers must sign a statement under penalty of perjury regarding any prior criminal convictions, on a form provided by the Department , which contains either of the following:

**(1) A declaration that he/she has not been convicted of crime, with the exemption of any minor traffic violation.**

**2. Information  regarding any prior convictions of crime, other than a minor traffic violation. The declaration shall also acknowledge that his/her continued employment or presence in the facility can be subject to approval by Community Care Licensing.**

**Page - 4**

Pham Decl., Ex. B, p. 11

× Any applicant with a criminal background will not be employed.

×All employees will have criminal record clearance prior to presence in the facility.

**Physical examination/health questionnaire to include TB clearance:**

× All personnel including licensee and Administrator shall be in good health, and physical and mentally capable of performing assigned tasks.

× Good physical health shall be verified by a health screening, including a chest x-ray or an intradermal test, performed by a physician and that the health screening and TB test results will not be older than 6 months.

× Health screening and TB rest will be received within 7 days employment. A report shall be made of each screening, signed by the examining physician. The report shall indicate weather the person is physically qualified to the duties, and whether he/she has any health condition that would create a hazard to him/her, other staff members or residents.

× A signed statement shall be obtained from each volunteer affirming that she/he is in good health. Personnel with evidence of physical illness or emotional instability that poses a significant threat to the well-being of residents shall be relieved of their duties shall be in good health, and physically and mentally capable of performing assigned tasks.

**Other Qualifications:**

× Each applicant's qualifications are carefully evaluated. A written application and an interview with the Administrator are required at this initial process.

× Prospective employees will have to be evaluated in their English proficiency during the interview process.

× All hands on caregivers must be at least 18 = years old, and all Administrators will be at least 21 years of age.

**Once the Employee is Hired:**

× The applicant is hired on a probationary of three (3) months. During these periods, work habits and rapport with other staff members and residents are observed and evaluated. If evaluation result at the end of this period is commendable, the employee is hired as a permanent employee.

× If the employee's performance is not meeting the standard and not acceptable to the facility, the employee will be terminated. During the probationary period, the employee is instructed further on duties, obligations, policies, rules and regulations governing the facility.

**Page 4 - A**

× Employee's performance will be continuously evaluated to ensure that employee understand and can perform the duties of his/her position. Foremost item of this evaluation process is employee's attitude toward the residents. At any point during this prior, either management of employee may decide whether to continue or terminate employment relationship.

     × Residents shall not be used as substitutes for required staff but may.\, a voluntary part of their program of activities, participate in household duties and other tasks suited to the resident's needs and abilities.

3/11/15          **Page 4 – B**          initials:_____

D – 13 – 2

# Schedules and Break Periods at SHME – LLC

## Lunch Breaks

- Employee who work more than 6 hours per day required to take thirty or sixty minute unpaid lunch break.
- Lunch breaks generally are on a staggered schedule so that your absence does not create a problem for co-workers or residents.
- Other arrangements with regard to lunch periods must obtain authorization from Administrator.
- An employee on a broken/staged shift is not expected to take a lunch break unless the actual hours worked is more than six (6) consecutive hours in a workday.

## Rest and Break Periods

- Employees are expected to take a paid 10 minutes break for every 4 hours work per day.
- Employees who do not adhere to the lunch and rest/break policy will be subject to corrective action, including termination.

## Shifts

- At our facility, our residents expect us to be available 24 hours per day, 7 day per week.
- Caregivers may be assigned to work a staggered/broken shift to accommodate the times we are available to the resident, resident's families and third party nurses and hospice staff.

## Vacation/Sick Days

- The facility provides an 7 days paid vacation/sick time.
- Employees are expected to give at least 2 weeks notice prior to their planned vacation.
- Vacation may be instances which vacation may not be granted due to business reasons and may be approved at an agreed upon date with the Administrator.

## Personal/Disability Leaves

- If your need for leave is foreseeable, you must give 30 days prior notice if possible. If you do not give much notice, fill-up vacation request form.
- If you need for leave is due to a planned medical treatment, make every attempt to schedule the treatment so as not to unduly disrupt the work of your department.
- If your need for leave is not foreseeable, you must request it as soon as practicable, no later than two business days after the need for leave arises.
- Employees who become aware of any health-related issue, including pregnancy, should notify their supervisor of health status. This policy has been instituted strictly to protect the employee.
- A leave of absence may be granted on a case-by case basis. If the need arises for a leave of absence, employees should notify their supervisor.

3/11/15 **Page 5** initilal:_____

Pham Decl., Ex. B, p. 14

D -13-m

## Medical Certification

- If leave is requested due to your own or a family member's serious health condition, you must provide medical certification from an appropriate health care provider.
- You may be denied leave if you do not provide satisfactory certification.
- A written "return to work" from the employee's doctor is required at the time or shortly after notice has been given. The doctor's note should specify whether the employee is able to perform regular duties as outlined in his/her job description.
- Upon returning to your approved medical leave, you will ordinarily be entitled to be restored to your former position or to an equivalent position. If you do not return to work at the end of the leave and do not notify SHME – LLC of your status, you may be terminated.

## Bereavement Leave

- When a death occurs in an employee's immediate family, all regular full time employees are allowed tot take up four non-consecutive days of unpaid leave within 13 months after the death of a spouse, child, parent sibling, grandparent, grandchild or domestic partner.

## Jury Duty

- Employees of the facility are entitled to take off to serve as a junior or as a witness if subpoenaed to appear at trial.
- The facility will not discriminate or otherwise punish an employee for taking time off serve as a juror or a witness.
- The family will not pay employees while on jury duty.

## Dress and Appearance

In the interest of presenting a professional image, all employees are required to maintained good habits of grooming and personal hygiene.

- The dress code is not simply a matter of professionalism, but also a matter of safety. They must be prepared for a number of situations, such as excessive bleeding, vomiting, chemical spills and other accidents.
- Employees are to dress according to the requirement of their position. Scrubs or shirts should be worn as well as proper shoes – low heeled shoes for women and comfortable shoes for men (no sandals or flip flops) since you will spend a lot of time walking and standing.
- Long fingernails are not permissible because it may interfere with resident care. Strong perfume and flashy jewelries are not allowed.

Page 6

**Telephone and Other Devices**

- Employees are to be requested to keep all personal phone calls to minimum.
- Friends and relatives should be discourage from calling during working hours unless there is an emergency.
- Under no circumstances should be discourage from calling during working hours unless there is an emergency.
- Under no circumstances should an employee make or change a long distance call to the facility unless it is approved by the Administrator.
- Use of other devices such as cell phone, iPods, computers or laptops is prohibited during working hours.

3/11/15                    page 6 -A                    initial:_____

D - 12 - D

# Exhibit A

**Telephone Inquires**

- Inquires or other form of communication from outside source, namely, Agencies and potential clients must be referred to the Administrator or an authorized representative. Caregivers are not to represent SMHE – LLC with any kind of information or communication at any time.

**Employee Training**

- All personnel providing care for the residents must attend the required in-service training provided by the SMHE –LLC. All personnel shall be given on the job training and in service training or have related experience in the job assigned to them. The training and/or related experience shall provide knowledge of and skill appropriate to the job assigned and as evidenced by safe and effective performance.

## REQUIRED TRAINING

For New Employees

- 10 Hours of initial/Orientation Training
- 6 Hours of Medication Training
- 6 Hours Dementia Training
- Elder Abuse & Reporting
- Quarterly fire & Safety training
- Other Training (discretion of the facility)

Existing Employees (Annual Training)

- 4 Hours of Annual Training
- 4 Hours Medication Training
- 8 Hours of Dementia Training
- Elder Abuse & Reporting
- Quarterly and Safety Training
- other training (discretion of the facility

New Employees: Medication Training should be done within 2 weeks of hire; Dementia has to be done within 60 days of hire.

**Initials/orientation Training**

- Initials training will be for over week on the job training where employee will work with the Administrator.
- During the orientation process, the Administrator will spend as much time as possible (minimum of three hours per day) for the first two weeks to go over the personnel policies, house rules, licensing rules and regulations with the probationary employee.
- Special emphasis during these sessions will familiarity with the SMHE – LLC planned emergency procedures and appropriate ways and means of dealing with residents.
- The employee is expected to ask as many questions as possible per training to his/her position and will be encouraged to give suggestions, comments and observations.
- Copies of the above will be given to employee for his/her record.
- After the 6 weeks period, all employees will be reviewed and updated on all of the above every month.

3/11/15      **Page 7**      initial:_____

Pham Decl., Ex. B, p. 18 

## Workplace Visitor

- No personal visitors while on duty.
- To provide for the safety and security of residents and employees, visitors at SMHE – LLC are only allowed authorized visitors.
- Restricting unauthorized, safeguards employee welfare, and avoids potentials distractions and disturbances.

## Attendance

- Employee must remain in the facility during their tour of duty.
- Regular attendance is expected to maintain an orderly flow of work.
- Absences should be requested in advance form Administrator.
- If an absence is due to an emergency situation, employee must contact Administrator at least an hour prior to start of scheduled shift.
- Excessive absenteeism will result in termination of employment.

## Employee Rights

Each employee will be given a copy of the Notice – Employee Rights (LIC 9052). See attachment 4.

- This form will be signed and dated by the employee prior to employment.
- A copy of this form will be retained in the employee's file.
- The notice, Employee Rights (LIC 9052) will be posted in the prominent place within the SMHE – LLC accessible to everybody.

3/11/15                    **Page 8**                    Initial:_____

## PAYROLL HOURS AND PRACTICES

### Timekeeping

- Accurate recording time worked is the responsibility of ever non-exempt employee. Time worked is the time actually spent on a job performing assigned tasks.
- The facility does not pay for extended breaks or time spent on personal matters.
- Altering, falsifying, tampering with time records, or recording time on another team member's time record will result in corrective action, including termination of employment.
- Administrator will review time records each week. Any changes to employee's time record must be approved by the supervisor.
- All timesheets must be submitted to the Administrator on the assigned date.

### Overtime

- The SMHE – LLC is available 24 hours per day 7 days per week.
- Overtime compensation is paid to non-exempt employees in accordance with federal and state wage and hour restrictions.
- Overtime is payable for all hours worked over 8 hours in a day or 40 per week at a rate of one and one-half times the non-exempt employee's regular hourly rate of pay.
- Double time is paid for actual hours worked in excess of 12 hours per day or any hours worked on the 8th consecutive work day.
- All overtime work performed by an hourly employee must receive the Administrator's prior authorization. Overtime worked without prior authorization from the supervisor may result in corrective action. For overtime calculation purposes, workweek begins at 12:01am. Each Sunday.


Note: Time off on vacation, personal time, holidays, or any leave of absence will not be paid nor it is considered hours worked when calculating overtime.

Overtime pay will be based per the Division of Industrial Welfare Commission, US Department of Labor, and the State of California Division of Labor Standards.


### Pay Days

Employees of San Miguel's Homes – LLC will be paid every other Thursday.

Pham Decl., Ex. B, p. 20
D - 13 - r



## Performance Management and Employee Termination

### Voluntary Terminations

In order to provide continuity of care to the residents, employees are expected to give a minimum of (2) week's notice when they plan to terminate their employment with San Miguel's Homes – LLC.

### Involuntary terminations

Employee found guilty of abused of residents (verbal and physical), theft, neglect of duty, abandonment of San Miguel's Homes – LLC during duty hours, will be dismissed immediately. For minor offenses, the employee will be given a verbal warning by the Administrator. Second offense will be suspension and/or termination.

The following reasons are subject to disciplinary actions and or termination:

- Misusing, destroying or damaging property of the facility
- Reporting to work under the influence of alcohol or illegal drugs
- Theft or unauthorized removal of property from facility, fellow employees, residents or anyone on facility property
- Provoking or engaging in a fight at the facility property
- Using profanity, derogatory or unethical language in the presence of residents, guest or employee
- Violation of title 22, fire regulation, sanitary ruled and regulations of facility house rulesA

Any employee who has been terminated shall return all files, records, keys, and other materials that are property of San Miguel's Home – LLC.

_____

Employee Name ( Print Name)


_____          _____

Employee Signature                                      Date


3/11/15                            Page 10                    Initial:_____

Pham Decl., Ex. B, p. 21
D - 13 - S