**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

## CIVIL LAW & MOTION AND CONFERENCE MINUTE ORDER

| **Date:** 3/10/16 | **Time:** 12:45-1:31 | **Judge:** DONNA M. RYU |
|---|---|---|
| **Case No.:** 4:15-cv-05556-DMR | **Case Name:** Perez v. San Miguel Homes for the Elderly, LLC, et al | |

**For Plaintiff:** Tara Stearns
**For Defendants:** Jocelyn Burton

**Deputy Clerk:** Ivy Lerma Garcia                     **Court Reporter:** Raynee Mercado

## PROCEEDINGS

1. Plaintiff's Motion for Leave to File Amended Complaint [Docket No. 17] is TAKEN UNDER SUBMISSION.
2. Defendants' Motion to Dismiss [Docket No. 9] is TAKEN UNDER SUBMISSION.
3. Initial Case Management Conference HELD.

[X]     Deadline for seeking leave to amend the pleadings to add new parties is **within 60 days.**
[X]     Deadline for seeking leave to amend the pleadings to add new claims and new defenses is **within 120 days.**

**REFERRAL:**
[X]     This case is referred to a randomly-assigned Magistrate Judge to conduct an emergency Settlement Conference which shall be held **as soon as possible within 30 days.**

**COURT SET THE FOLLOWING DATES:**
      Further Case Management Conference:  7/6/2016 at 1:30 p.m.
      Updated Joint Case Management Conference Statement due by: 6/29/2016
      Jury Trial: 3/13/2017 at 9:00 a.m.   (estimated length:  7 days)
      Pretrial Conference: 3/1/2017 at 3:00 p.m.
      Last Day to hear dispositive motions:  12/22/2016 at 11:00 a.m.

(PLEASE SEE COURT'S SEPARATE CASE MANAGEMENT AND PRETRIAL ORDER FOR ALL OTHER DATES SET BY THE COURT).

**Case Management and Pretrial Order to be prepared by:**
[ ]     Plaintiff               [ ]     Defendant          [X]     Court

cc: Chambers;  Karen Hom