UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS E. PEREZ, SECRETARY OF LABOR,<br><br>     Plaintiff,<br><br>     v.<br><br>SAN MIGUEL HOMES FOR THE ELDERLY, LLC, et al.,<br><br>     Defendants. | Case No.  15-cv-05556-DMR   (SK)<br><br>**ORDER TO APPEAR AT STATUS CONFERENCE** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

You are hereby notified that on Tuesday, April 26, 2016 at 10:30 a.m. in Courtroom A, 15th Floor of the Federal Building located at 450 Golden Gate Avenue in San Francisco, California, this Court will conduct a mandatory status conference regarding settlement of the above-referenced matter.  The attendance of lead counsel for the parties is required.

**IT IS SO ORDERED**.

Dated: April 22, 2016

_____
SALLIE KIM
United States Magistrate Judge