UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS E. PEREZ, SECRETARY OF LABOR,<br><br>        Plaintiff,<br><br>    v.<br><br>SAN MIGUEL HOMES FOR THE ELDERLY, LLC, et al.,<br><br>        Defendants. | Case No. 15-cv-05556-DMR (SK)<br><br>**ORDER TAKING STATUS CONFERENCE OFF CALENDAR**<br><br>Regarding Docket No. 35 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

In light of recent communications between the parties and with the Court towards the resolution of this action, the status conference previously ordered for Tuesday, April 26, 2016 (Dkt. 35.) is off calendar.

**IT IS SO ORDERED**.

Dated: April 25, 2016

_____
SALLIE KIM
United States Magistrate Judge