UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS E. PEREZ, SECRETARY OF LABOR,<br><br>        Plaintiff,<br><br>    v.<br><br>SAN MIGUEL HOMES FOR THE ELDERLY, LLC, et al.,<br><br>        Defendants. | Case No.  15-cv-05556-DMR<br><br>**ORDER RE MOTION TO WITHDRAW**<br><br>Re: Dkt. No. 38 |

The court has received Burton Employment Law's amended motion to withdraw as counsel of record for Defendants San Miguel Homes for the Elderly, LLC ("San Miguel Homes"), Precilla San Miguel, Teofilo Cris Sanque, and Ryan San Miguel.  [Docket No. 38.]  In the motion, counsel indicates that "the individual Defendants would like to represent themselves."  Mot. at 3. However, Defendant San Miguel Homes, as a corporation, "may appear only through a member of the bar of this Court."  *See* Civ. L.R. 3-9(b).  Counsel's motion to withdraw does not address the impact of its withdrawal on the ability of San Miguel Homes to appear in this matter.  Therefore, by no later than May 19, 2016, Burton Employment Law shall file a supplemental brief addressing the ramifications of its withdrawal with respect to San Miguel Homes, including whether San Miguel Homes has retained new counsel to appear on its behalf if the court grants the motion to withdraw.

**IT IS SO ORDERED.**

Dated: May 12, 2016



_____
Donna M. Ryu
United States Magistrate Judge